IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
(Orlando Division)

CASE NO. 6:10-cv-00408-MSS-DAB

FINANCIAL INDUSTRY ASSOCIATION,
G&G HOLDINGS, INC., RICHARD GOBLE,
and THE GOBLE FIRST RECOVABLE
FAMILY TRUST MAY 13, 1999,

     Plaintiffs,

v.

SECURITIES AND EXCHANGE
COMMISSION, FINANCIAL INDUSTRY
REGULATORY AUTHORITY, INC.,
THE DEPOSITORY TRUST AND CLEARING
CORPORATION, MARY SHAPIRO,
GRACE VOGEL, LARRY THOMPSON,
TIMOTHY WARD, BRUCE BLATMAN,
GEORGE FRANCESCHINI, and
SAM LUQUE, JR.,

     Defendants.

**THE DEPOSITORY TRUST AND CLEARING CORPORATION'S CERTIFICATE OF
INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

   I hereby disclose the following pursuant to the Court's Interested Persons Order, dated March 23, 2010 (Docket No. 2):

   1.)  The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

*ATTORNEYS FOR DEFENDANT THE DEPOSITORY TRUST AND CLEARING CORPORATION:*

(a)  Matthew Triggs
PROSKAUER ROSE LLP
2255 Glades Road, Suite 340-W
Boca Raton, Florida  33431
mtriggs@proskauer.com
Tel:  (561) 241-7400
Fax: (561) 241-8153

(b)  Payal Salsburg
PROSKAUER ROSE LLP
2255 Glades Road, Suite 340-W
Boca Raton, Florida  33431
psalsburg@proskauer.com
Tel:  (561) 241-7400
Fax: (561) 241-8153

(c)  Gregg M. Mashberg
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
gmashberg@proskauer.com
Tel:  (212) 969-3000
Fax: (212) 969-2900
(*not admitted in the Middle District of Florida*)

(d)  Lawrence S. Elbaum
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
lelbaum@proskauer.com
Tel:  (212) 969-3000
Fax: (212) 969-2900
(*not admitted in the Middle District of Florida*)

The Depository Trust & Clearing Corporation, by its attorneys, Proskauer Rose LLP, certifies that it has no parent corporation and that no subsidiaries, conglomerates, affiliates or publicly held corporation owns 10% or more of its stock.

2.)  The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None, to the best of our knowledge.

3.)  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None, to the best of our knowledge.

4.)  The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated:  August 20, 2010                    Respectfully submitted,

                                           /s Payal Salsburg
                                           Matthew Triggs
                                           Florida Bar No. 0865745
                                           mtriggs@proskauer.com
                                           Payal Salsburg
                                           Florida Bar No. 0057038
                                           psalsburg@proskauer.com

                                           PROSKAUER ROSE LLP
                                           2255 Glades Road, Suite 340 West
                                           Boca Raton, FL  33431
                                           Telephone:      (561) 241-7400
                                           Facsimile:      (561) 241-7145

                                           *Attorneys for The Depository Trust and Clearing Corporation and Larry E. Thompson*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 20th day of August, 2010, I caused the foregoing document to be electronically filed with the Clerk of Court using CM/ECF.  I also certify that I caused the foregoing document to be served this day on all counsel of record identified on the attached Service List in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF.


___/s Payal Salsburg
Payal Salsburg

## SERVICE LIST

Financial Industry Association et al v. Securities & Exchange Commission et al
Case No. 6:10-cv-00408-MSS-DAB
United States District Court, Middle District of Florida
(Orlando Division)

Philip D. Bartlett, Esq.
The Bartlett Law Firm, P.A.
230 East Marks Street
Orlando, Florida 32308
Ph: (321) 319-0587
Fax: (866) 449-8042
Email: phil@pdbartlettlaw.com
*Counsel for Plaintiffs*

David S. Mandel, Esq.
Mandel & Mandel, LLP
Suite 1200
169 E. Flagler Street
Miami, Florida 33131
Ph: (305) 374-7771
Fax: (305) 374-7776
Email: dmandel@mandel-law.com
*Counsel for Defendants Financial
Industry Regulatory Authority, Inc.,
Mary Shapiro and Grace Vogel*