**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| FINANCIAL INDUSTRY ASSOCIATION, G&G HOLDINGS, INC., RICHARD GOBLE, and THE GOBLE FIRST REVOCABLE FAMILY TRUST MAY 13, 1999,<br><br>           Plaintiffs,<br><br>    v.<br><br>SECURITIES AND EXCHANGE COMMISSION, FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC., THE DEPOSITORY TRUST AND CLEARING CORPORATION, MARY SHAPIRO, GRACE VOGEL, LARRY THOMPSON, TIMOTHY WARD, BRUCE BLATMAN, GEORGE FRANCESCHINI, and SAM LUQUE, JR.,<br><br>           Defendants. | No. 6:10-cv-00408-MSS-DAB |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT
FOR FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.,
MARY SCHAPIRO, AND GRACE VOGEL**

      I hereby disclose the following pursuant to this Court's interested persons order:

1.    the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    Anderson, Peter J.

    Barnett, Keith

    Bartlett Law Firm, P.A.

Bartlett, Philip D.

Berton, James Andrew

Blatman, Bruce

Brennan, William

Busacca, John B.

Carlton Fields, P.A.

Chantayan, Franck D.

Cox, Douglas R.

Depository Trust and Clearing Corporation

Elbaum, Lawrence S.

Financial Industry Association

Financial Industry Regulatory Authority, Inc. (f/k/a National Association of Securities Dealers)

Franceschini, George

Freedman, Michael K.

G&G Holdings, Inc.

Gibson, Dunn & Crutcher LLP

Gilbert, Robert

Goble First Revocable Family Trust May 13, 1999

Goble, Richard

Gonzalez, Robert

Greenberg, Olga

Independent Broker-Dealer Association, Inc. (a/k/a Alliance of Independent Broker Dealers)

Leonard, Hywel

Luque Jr., Sam

      Mandel & Mandel LLP

      Mandel, David S.

      Martin, Scott P.

      Mashberg, Gregg M.

      North American Clearing, Inc.

      Proskauer Rose LLP

      Salsburg, Payal

      Schapiro, Mary (identified in the complaint as Mary Shapiro)

      Securities and Exchange Commission

      Securities Investor Protection Corporation

      Sutherland, Asbill & Brennan, LLP

      Thompson, Larry

      Triggs, Matthew

      Vogel, Grace

      Ward, Timothy

      Warin, F. Joseph

2.    the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      North American Clearing, Inc.

3.    the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

      Not Applicable.

4.    the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Financial Industry Association

G&G Holdings, Inc.

Goble First Revocable Family Trust May 13, 1999

Goble, Richard

North American Clearing, Inc.

*     *     *

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated:   August 27, 2010                              Respectfully submitted,

                                                       /s/  David S. Mandel
David S. Mandel
Florida Bar No. 38040
MANDEL & MANDEL LLP
169 E. Flagler Street
Miami, FL  33131
Telephone:     (305) 374-7771
Facsimile:     (305) 374-7776
dmandel@mandel-law.com

*Counsel for Defendants Financial Industry Regulatory Authority, Inc., Mary Schapiro, and Grace Vogel*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2010, the foregoing Certificate of Interested Persons and Corporate Disclosure Statement for Financial Industry Regulatory Authority, Inc., Mary Schapiro, and Grace Vogel was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the parties of record.

/s/ David S. Mandel