## UNITED STATES DISTRICT COURT
For the
Middle District of Florida

| | | |
|---|---|---|
| FINANCIAL INDUSTRY ASSOCIATION<br>G&G HOLDINGS INC., RICHARD GOBLE, and<br>THE GOBLE FIRST REVOCABLE FAMILY TRUST<br>MAY 13, 1999<br>*Plaintiff*<br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br>FINANCIAL INDUSTRY REGULATION AUTHORITY,<br>(FINRA), THE DEPOSITORY TRUST AND CLEARING<br>CORPORATION (DTCC), MARY SHAPIRO, GRACE<br>VOGEL, LARRY THOMPSON, TIMOTHY WARD,<br>BRUCE BLATMAN, GEORGE FRANCESCHINI, and<br>SAM LUQUE, JR.,<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 6:10-cv-00408-MSS-DAB<br><br>FILED 2010 AUG 30 PM 1:02<br>US DISTRICT COURT<br>MIDDLE DISTRICT OF FL |

### MOTION TO STAY PENDING OUTCOME OF CURRENT
### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### CASE NO. 6:08-cv-829-ORL-31GJK

Defendant TIMOTHY WARD, acting Pro-Se, file this motion to stay on this court case based on the following information:

Currently, the plaintiff Richard Goble, is involved as a defendant in U.S. District Court Middle District of Florida Case No. 6:08-cv-829-ORL-31GJK. Paragraphs 58-114 of this current complaint are key aspects of plaintiff's involvement, as defendant in the above mentioned case. Based on the fact that the plaintiff is currently on trial as a defendant in the above mentioned case, Ward is requesting this motion to stay pending the outcome of U.S. District Court Middle District of Florida Case No. 6:08-cv-829-ORL-31GJK.

Filed this day August 24, 2010.

Respectfully submitted,

_____
Timothy J. Ward

STATE OF FLORIDA            )
                            )   ss:
COUNTY OF Volusia           )

On this 25 day of August, 2010, before me personally appeared TIMOTHY J. WARD who is personally known to me or  X  who produced a

Florida driver's license bearing his name and photograph as identification, and who executed this Motion, and he acknowledged to me that he executed the same.

_____
Notary Public

10/22/2011
_____
Commission Expires:

Notary Public State of Florida
Vaida Juskeviciute
My Commission DD727780
Expires 10/22/2011