**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| FINANCIAL INDUSTRY ASSOCIATION, INC., G&G HOLDINGS, INC., RICHARD GOBLE, and THE GOBLE FIRST REVOCABLE FAMILY TRUST MAY 13, 1999, | CASE NO. 6:10-CV-00408-MSS-DAB |
| Plaintiffs, | |
| v. | |
| SECURITIES AND EXCHANGE COMMISSION, FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC., THE DEPOSITORY TRUST AND CLEARING CORPORATION, MARY SHAPIRO, GRACE VOGEL, LARRY THOMPSON, TIMOTHY WARD, BRUCE BLATMAN, GEORGE FRANCESCHINI, and SAM LUQUE, JR., | |
| Defendants. | |
| _____/ | |

## NOTICE OF VOLUNTARY DISMISSAL OF CASE AGAINST CERTAIN DEFENDANTS

COME NOW Plaintiffs FINANCIAL INDUSTRY ASSOCIATION, INC., G&G HOLDINGS, INC., RICHARD GOBLE, and THE GOBLE FIRST REVOCABLE FAMILY TRUST MAY 13, 1999 and voluntary dismiss their case without prejudice against Defendants BRUCE BLATMAN, TIMOTHY WARD, GEORGE FRANCESCHINI, and SECURITIES AND EXCHANGE COMMISSION.

DATED this 6th day of October, 2010.

Respectfully submitted,

/s/Philip Bartlett_____
Philip Bartlett, Esq.
Florida Bar No. 0045318
The Bartlett Law Firm, P.A.
230 East Marks Street
Orlando, FL 32803
(321) 319-0587 (telephone)
(866) 596-9215 (facsimile)

1

2

phil@pdbartlettlaw.com (e-mail)
Attorney for Plaintiffs