UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FINANCIAL INDUSTRY ASSOCIATION,
G&G HOLDINGS, INC., RICHARD GOBLE,
and THE GOBLE FIRST REVOCABLE
FAMILY TRUST MAY 13, 1999**

 **Plaintiffs**,

v.                 **Case No.: 6:10-cv-408-Orl-35DAB**

**SECURITIES & EXCHANGE COMMISSION,
FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC., THE DEPOSITORY
TRUST AND CLEARING CORPORATION,
MARY SHAPIRO, GRACE VOGEL, TIMOTHY
WARD, BRUCE BLATMAN, GEORGE
FRANCESCHINI, SAM LUGUE, JR., and
LARRY THOMPSON**

 **Defendants**.
_____

## ORDER

 **THIS CAUSE** comes before the Court for consideration of Defendant Timothy Ward's Motion to Stay All Proceedings (Dkt. 15) pending the outcome of the current United States District Court Middle District of Florida ("MDFL") Case No.: 6:08-cv-829-Orl-35-KRS, in which Plaintiff Richard Goble is a defendant. Upon consideration and review, the Court **GRANTS** the motion. This case is hereby **STAYED** pending the resolution of MDFL Case No.: 6:08-cv-829-Orl-35-KRS.

 **DONE** and **ORDERED** in Orlando, Florida, this 7th day of October 2010.

                    /s/ Mary S. Scriven
                    MARY S. SCRIVEN
                    UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel of Record
Any Unrepresented Parties