**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF**

**FLORIDA**

**ORLANDO DIVISION**

FINANCIAL INDUSTRY ASSOCIATION, INC., G&G HOLDINGS, INC., RICHARD GOBLE, and THE GOBLE FIRST REVOCABLE FAMILY TRUST MAY 13, 1999

CASE NO.   **6:10-CV-00408-MSS-DAB**

**Plaintiffs,**

v.

SECURITIES AND EXCHANGE COMMISSION,
FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.,
THE DEPOSITORY TRUST AND CLEARING CORPORATION,
MARY SHAPIRO, GRACE VOGEL, LARRY THOMPSON,
TIMOTHY WARD, BRUCE BLATMAN,
GEORGE FRANCESCHINI, and
SAM LUQUE, JR.,

**Defendants.**

_____/

**NOTICE OF APPEARANCE AND NOTICE OF SUBSTITUTION OF RICHARD GOBLE FOR PLAINTIFFS FINANCIAL INDUSTRY ASSOCIATION, INC., G&G HOLDINGS, INC., AND THE GOBLE FIRST REVOCABLE TRUST MAY 13, 1999.**

Richard L. Goble gives notice of Appearance for this matter as a Pro Se representative and asks that all correspondence concerning this matter be sent to him.

Also, the Plaintiffs G&G Holdings, Financial Industry Association, Inc, and The Goble Family Trust dated May 13, 1999 have assigned all claims to Richard Goble. Therefore, Richard Goble will Substitute as the Plaintiff for G&G Holdings, Inc., Financial Industry Association, Inc, and The Goble Family Trust dated May 13, 1999.

CASE NO.   **6:10-CV-00408-MSS-DAB**

Dated October 7th, 2010

Respectfully Submitted,

*[signature]*

Richard L. Goble
Pro Se
1385 West State Road 434 Suite 102
Longwood, Florida 32750
1926media@gmail.com
407 339-9781