## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF

## FLORIDA

## ORLANDO DIVISION

FINANCIAL INDUSTRY ASSOCIATION,
INC., G&G HOLDINGS, INC., RICHARD
GOBLE, and THE GOBLE FIRST
REVOCABLE FAMILY TRUST MAY 13, 1999.

CASE NO.    **6:10-CV-00408-MSS-DAB**

**Plaintiffs,**

v.

SECURITIES AND EXCHANGE COMMISSION,
FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.,
THE DEPOSITORY TRUST AND CLEARING CORPORATION,
MARY SHAPIRO, GRACE VOGEL, LARRY THOMPSON,
TIMOTHY WARD, BRUCE BLATMAN,
GEORGE FRANCESCHINI, and
SAM LUQUE, JR.,

**Defendants.**

_____/

## THE VOLUNTARY DISMISSAL OF THE CASE AGAINST CERTAIN DEFENDANTS [DE 18] WAS FILED

## IN ERROR AND SHOULD BE STRICKEN FROM THE RECORD.

[DE 18] filed yesterday October 6th, 2100 was submitted in error and therefore should be stricken from the record and is not in force.

Dated   October 7th, 2010

Respectfully Submitted By

Richard Goble
Pro Se
1385 west State Road 434 Suite 102
Longwood, Florida 32750
407 339-9781