# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FINANCIAL INDUSTRY ASSOCIATION, G&G HOLDINGS, INC., RICHARD GOBLE and THE GOBLE FIRST REVOCABLE FAMILY TRUST MAY 13, 1999,**

          **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:10-cv-408-Orl-35DAB**

**SECURITIES & EXCHANGE COMMISSION, FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC., THE DEPOSITORY TRUST AND CLEARING CORPORATION, MARY SHAPIRO, GRACE VOGEL, TIMOTHY WARD, BRUCE BLATMAN, GEORGE FRANCESCHINI, SAM LUGUE, JR., LARRY THOMPSON,**

          **Defendants.**

_____

## ORDER

This cause comes before the Court on consideration of the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO SUBSTITUTE ATTORNEY WITH PRO SE REPRESENTATIVE (Doc. No. 20)** |
| **FILED:** | October 7, 2010 |
| **THEREON** it is **ORDERED** that the motion is **STRICKEN**. | |
| **MOTION:** | **MOTION TO STRIKE VOLUNTARY DISMISSAL (Doc. No. 21)** |
| **FILED:** | October 7, 2010 |
| **THEREON** it is **ORDERED** that the motion is **STRICKEN**. | |

The case has been stayed by the District Judge (Doc. No. 19).  Further, as Plaintiffs are currently represented by counsel, Plaintiffs may not file papers in this action *pro se* unless and until counsel is permitted to withdraw. *See*  Local Rule 2.03. Mr. Goble's counsel is directed to file a certification that a copy of this Order has been provided to him.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 12, 2010.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record