UNITED STATES DISTRICT COURT
For the
Middle District of Florida

| | |
|---|---|
| FINANCIAL INDUSTRY ASSOCIATION )<br>G&G HOLDINGS INC., RICHARD GOBLE, and )<br>THE GOBLE FIRST REVOCABLE FAMILY TRUST )<br>MAY 13, 1999                                                       )<br>                    *Plaintiff*                                        )<br>                         v.                                                  )<br>                                                                                  )<br>SECURITIES AND EXCHANGE COMMISSION,       )<br>FINANCIAL INDUSTRY REGULATION AUTHORITY, )<br>(FINRA), THE DEPOSITORY TRUST AND CLEARING )<br>CORPORATION (DTCC), MARY SHAPIRO, GRACE  )<br>VOGEL, LARRY THOMPSON, TIMOTHY WARD,      )<br>BRUCE BLATMAN, GEORGE FRANCESCHINI, and  )<br>SAM LUQUE, JR.,                                               )<br>                  *Defendants* | Case No. 6:10-cv-00408-MSS-DAB |

## MOTION TO DISMISS DEFENDANT
## TIMOTHY J. WARD

Defendant TIMOTHY WARD, acting Pro-Se, file this motion to dismiss said defendant on this court case based on the following information:

The plaintiffs named in this court case are either Corporations domiciled in the state of Florida (please see Exhibit A, Annual Reports of G&G Holdings Inc. and Financial Industry Associations from Florida Sunbiz.org), or persons domiciled in the state of Florida (Please see Exhibit B, Page 2, Paragraph 4 of complaint filed by plaintiff, showing a Longwood, FL address of plaintiff Goble).

Defendant Ward is currently domiciled in Debary, Florida, and has been continuously domiciled there since 2005.

Based on Diversity of Citizenship 28 U.S.C. § 1332 (a), it is deemed.... "*The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between—*
*(1) citizens of different States;*
*(2) citizens of a State and citizens or subjects of a foreign state;*
*(3) citizens of different States and in which citizens or subjects of a foreign state are additional parties;*"

Furthermore, based on 28 U.S.C. § 1332 (c), it is deemed... "*For the purposes of this section and section 1441 of this title—*
*(1) a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business...*"

Whereas all plaintiffs and defendant Ward are all domiciled in the state of Florida, 28 U.S.C. § 1332 rules should apply. Therefore, based on the above U.S. statutes, defendant Ward is hereby respectfully requesting a motion to dismiss defendant Ward from the above mentioned case.

RESPECTFULLY SUBMITTED ON OCTOBER 19, 2010.

Respectfully submitted,

Timothy J. Ward

STATE OF FLORIDA            )
                            )   ss:
COUNTY OF Volusia           )

On this 20th day of October, 2010, before me personally appeared TIMOTHY J. WARD who is personally known to me or ✓ who produced a Florida driver's license bearing his name and photograph as identification, and who executed this Motion, and he acknowledged to me that he executed the same.

Vaida Juskin Cu$\ldots$
Notary Public

10/22/2011
Commission Expires:

Notary Public State of Florida
Vaida Juskeviciute
My Commission DD727780
Expires 10/22/2011

# Exhibit A

DOCUMENT# P07000055913

Entity Name: FINANCIAL INDUSTRY ASSOCIATION, INC.

**Current Principal Place of Business:**

1385 WEST STATE ROAD 434
LONGWOOD, FL 32750

**New Principal Place of Business:**

1385 WEST STATE ROAD 434
SUITE 102
LONGWOOD, FL 32750

**Current Mailing Address:**

PO BOX 52-1722
LONGWOOD, FL 32752

**New Mailing Address:**

1385 WEST STATE ROAD 434
SUITE 102
LONGWOOD, FL 32750

FEI Number: 26-0172664   FEI Number Applied For ( )   FEI Number Not Applicable ( )   Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

GOBLE, RICHARD
1385 WEST STATE ROAD 434
LONGWOOD, FL 32750   US

**Name and Address of New Registered Agent:**

GOBLE, RICHARD L
1385 WEST STATE ROAD 434   SUITE 102
LONGWOOD, FL 32750   US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: RICHARD L. GOBLE                             03/30/2010
            Electronic Signature of Registered Agent         Date

Election Campaign Financing Trust Fund Contribution ( ).

**OFFICERS AND DIRECTORS:**

Title:       D
Name:       GOBLE, RICHARD L
Address:    1385 WEST STATE ROAD 434  SUITE 102
City-St-Zip: LONGWOOD, FL 32750

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: RICHARD L. GOBLE                      DIR         03/30/2010
            Electronic Signature of Signing Officer or Director    Date

# 2010 FOR PROFIT CORPORATION ANNUAL REPORT

**DOCUMENT# P96000100146**

Entity Name: G & G HOLDINGS, INC.

FILED
Mar 30, 2010
Secretary of State

**Current Principal Place of Business:**

1385 W STATE RD 434
LONGWOOD, FL  32750    US

**New Principal Place of Business:**

1385 W STATE RD 434
SUITE 102
LONGWOOD, FL  32750    US

**Current Mailing Address:**

PO BOX 52-1722
LONGWOOD, FL  32752    US

**New Mailing Address:**

1385 W STATE RD 434
SUITE 102
LONGWOOD, FL  32750    US

FEI Number: 59-3416101     FEI Number Applied For ( )     FEI Number Not Applicable ( )     Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

GOBLE, RICHARD L DIR
1385 WEST STATE ROAD 434
LONGWOOD, FL  32750    US

**Name and Address of New Registered Agent:**

GOBLE, RICHARD L DIR
1385 WEST STATE ROAD 434
SUITE 102
LONGWOOD, FL  32750 US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: RICHARD GOBLE                                         03/30/2010
_____    _____
Electronic Signature of Registered Agent                              Date

Election Campaign Financing Trust Fund Contribution ( ).

**OFFICERS AND DIRECTORS:**

Title:       D
Name:        GOBLE, RICHARD L
Address:     1385 WEST STATE ROAD 434 SUITE 102
City-St-Zip: LONGWOOD, FL  32750

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: RICHARD L. GOBLE                          DIR           03/30/2010
_____    _____
Electronic Signature of Signing Officer or Director                         Date

# Exhibit B

Defendant either residing or maintaining its principal place of business in a state other than that of the Plaintiffs, and this Honorable Court possesses diversity subject matter jurisdiction pursuant to 28 U.S.C. § 1332.

### Parties and Other Important Persons and Entities

2. Plaintiff G&G HOLDINGS CORPORATION, INC. (hereinafter referred to as "G&G") is a Florida for profit holding corporation with its principal place of business located at 1385 W State Road 434, Suite 102, Longwood, FL 32750.

3. Plaintiff THE GOBLE FIRST REVOCABLE FAMILY TRUST MAY 13, 1999 (hereinafter referred to as the "Goble Trust") is a revocable trust created by Richard Goble in 1999, with Richard Goble as trustee. The trust is also the sole shareholder of G&G Holdings, Inc., the Financial Industry Association, Inc., and North American Clearing, Inc.

4. Plaintiff RICHARD GOBLE (hereinafter referred to as "Goble") is a natural person with offices located at 1385 W State Road 434, Suite 102, Longwood, FL 32750. Plaintiff Richard Goble was the director of North American Clearing Corporation when they were placed under receivership pursuant to the lawsuit filed by the Securities and Exchange Commission.

5. Plaintiff FINANCIAL INDUSTRY ASSOCIATION (hereinafter referred to as "FIA") FIA was the largest and most successful advocate for small broker dealers in the United Sates and as a result of FIA's potential takeover of FINRA's Board from the New York Financial Cartel ("CARTEL"), FIA was chiefly responsible to the bylaw and name change of the National Association of Securities Dealers (NASD) to the Financial Industry Regulatory Authority ("FINRA"). FIA elected over 30 FINRA Board Members and Committeemen prior to its destruction by the defendants. Largely because of FIA's efforts, there is another pending case