# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Florida

Case Number: 6:10-CV-00408-MSS-DAB

Plaintiff:
**FINANCIAL INDUSTRY ASSOCIATION, G & G HOLDINGS, INC., RICHARD GOBLE, and THE GOBLE FIRST REVOCABLE FAMILY TRUST MAY 13, 1999**

vs.

Defendant:
**SECURITIES AND EXCHANGE COMMISSION, ET AL.,**

For:
Philip Bartlett

Received by EAGLE LEGAL SERVICES on the 1st day of October, 2010 at 10:00 am to be served on **SAMUEL LUQUE, 5824 BEE RIDGE ROAD, SUITE 417, SARASOTA, FL 34233.**

I, Ray Feliciano, being duly sworn, depose and say that on the **2nd day of October, 2010 at 1:15 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT and EXHIBITS** with the date and hour of service endorsed thereon by me, to: **SAMUEL LUQUE, JR.** at the address of: **7812 CREST HAMMOCK WAY, SARASOTA, FL 34240**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
SERVICE ATTEMPTED AT 5824 BEE RIDGE ROAD, STE. 417, SARASOTA, FL. THIS IS A PAK-MAIL FACILITY. ADDITIONAL ADDRESS OF 5027 CHASE OAKS DR., SARASOTA, FL. ATTEMPTED, WHICH IS A GATED COMMUNITY WITH GUARD. GUARD ADVISED SERVER THAT TENANTS ARE IN PLACE AT ADDRESS NAME OF VONVREHLE. (OWNERS ARE LUQUE AND SPINKS.) SERVICE THEN ATTEMPTED AT 7812 CREST HAMMOCK WAY, SARASOTA, FL. THIS IS ALSO A GATED COMMUNITY WITH INTERCOM ACCESS ONLY. LUQUE IS NOT ON RESIDENT DIRECTORY HERE, HOWEVER, SPINKS IS. SERVER WAS ABLE TO OBTAIN ACCESS TO ADDRESS AND SERVICE WAS COMPLETED AT 7812 CREST HAMMOCK WAY, SARASOTA, FL.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 4th day of October, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC

HELEN NYDICK
MY COMMISSION # DD 631120
EXPIRES: March 5, 2011
Bonded Thru Budget Notary Services

Ray Feliciano
0209

**EAGLE LEGAL SERVICES**
424 E. Central Blvd.
#337
Orlando, FL 32801
(407) 857-8380
Our Job Serial Number: PLF-2010001497
Ref: 2010-6595

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4b

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

FINANCIAL INDUSTRY ASSOCIATION,
G&G HOLDINGS, INC.,
RICHARD GOBLE, and
THE GOBLE FIRST REVOCABLE
FAMILY TRUST MAY 13, 1999,
    Plaintiffs,

v.

SECURITIES AND EXCHANGE
COMMISSION,
FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC., THE DEPOSITORY
TRUST AND CLEARING CORPORATION,
MARY SHAPIRO, GRACE VOGEL,
LARRY THOMPSON, TIMOTHY WARD,
BRUCE BLATMAN, GEORGE FRANCESCHINI,
and SAM LUQUE, JR.,
    Defendants.

Case No. 6:10-cv-00408-MSS-DAB

PERSON SERVED: Persona
DATE: 10-2-10
TIME: 1:15 PM
PROCESS SERVER: La Jletriw

## SUMMONS IN A CIVIL ACTION
## PERSONAL SERVICE ON AN INDIVIDUAL

TO:    Samuel Luque, Jr.
5824 Bee Ridge Road, Suite 417
Sarasota, FL 34233

A lawsuit has been filed against you.
Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    The Bartlett Law Firm, P.A.
    230 E. Marks Street,
    Orlando, FL 32803

If you fail to respond, judgment will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF THE COURT*

Date: 30 9/29/2010

Signature of Clerk or Deputy Clerk

**Eagle Legal Services**
424 E. Central Blvd, #337
Orlando, FL 32801