**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FINANCIAL INDUSTRY ASSOCIATION,**
**G&G HOLDINGS, INC., RICHARD GOBLE,**
**and THE GOBLE FIRST REVOCABLE**
**FAMILY TRUST MAY 13, 1999**

      **Plaintiffs**,

**v.**                                             **Case No.: 6:10-cv-408-Orl-35DAB**

**SECURITIES & EXCHANGE COMMISSION,**
**FINANCIAL INDUSTRY REGULATORY**
**AUTHORITY, INC., et al.**

      **Defendants**.

_____

**ORDER**

      **THIS CAUSE** comes before the Court for consideration of Defendant Timothy Ward's Motion to Dismiss.  (Dkt. 23)  A review of the record reveals that on October 7, 2010, this Court stayed this case pending the outcome of the current United States District Court Middle District of Florida ("MDFL") Case No.: 6:08-cv-829-Orl-35-KRS, in which Plaintiff Richard Goble is a defendant.  (Dkt. 19)

      Upon consideration and review, it is hereby **ORDERED** that Defendant Ward's motion is **DENIED without prejudice**.  Defendant Ward may reassert his motion once this Court lifts the stay.

      **DONE** and **ORDERED** in Orlando, Florida, this 8th day of February  2011.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel of Record
Any Unrepresented Parties