# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FINANCIAL INDUSTRY ASSOCIATION, G&G HOLDINGS, INC., RICHARD GOBLE and THE GOBLE FIRST REVOCABLE FAMILY TRUST MAY 13, 1999,**

    **Plaintiffs,**

-vs-            **Case No. 6:10-cv-408-Orl-35DAB**

**SECURITIES & EXCHANGE COMMISSION, FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC., THE DEPOSITORY TRUST AND CLEARING CORPORATION, MARY SHAPIRO, GRACE VOGEL, TIMOTHY WARD, BRUCE BLATMAN, GEORGE FRANCESCHINI, SAM LUGUE, JR., LARRY THOMPSON,**

    **Defendants.**

_____

## ORDER OF TRANSFER

Upon review, it is **ordered** that the magistrate assignment in this matter be transferred to the Hon. Karla R. Spaulding, with her consent, for consideration with *SEC v. North American Clearing, Inc., et al,* Case No. 6:08-cv-829-MSS-KRS.

**DONE** and **ORDERED** in Orlando, Florida on April 25, 2011.

            *David A. Baker*
            DAVID A. BAKER
            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties