**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FINANCIAL INDUSTRY ASSOCIATION, G&G HOLDINGS, INC., RICHARD GOBLE and THE GOBLE FIRST REVOCABLE FAMILY TRUST MAY 13, 1999,**

                **Plaintiffs,**

**-vs-**                                   **Case No. 6:10-cv-408-Orl-35KRS**

**SECURITIES & EXCHANGE COMMISSION, FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC., THE DEPOSITORY TRUST AND CLEARING CORPORATION, MARY SHAPIRO, GRACE VOGEL, TIMOTHY WARD, BRUCE BLATMAN, GEORGE FRANCESCHINI, SAM LUGUE, JR., LARRY THOMPSON,**

                **Defendants.**

_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO REJOIN THE SECURITIES AND EXCHANGE COMMISSION AND GEORGE FRANCESCHINI AS DEFENDANTS IN THIS ACTION (Doc. No. 33)**
>
> **FILED:** April 22, 2011
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Plaintiffs failed to comply with Local Rule 3.01(g) which requires counsel to file a statement certifying that counsel has conferred with opposing counsel and stating whether counsel agree on the resolution of the motion.

**DONE** and **ORDERED** in Orlando, Florida on April 26, 2011.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE