**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FINANCIAL INDUSTRY ASSOCIATION,
G&G HOLDINGS, INC., RICHARD
GOBLE and THE GOBLE FIRST
REVOCABLE FAMILY TRUST MAY 13,
1999,

        **Plaintiffs,**

-vs-              Case No. 6:10-cv-408-Orl-35KRS

SECURITIES & EXCHANGE
COMMISSION, FINANCIAL INDUSTRY
REGULATORY AUTHORITY, INC., THE
DEPOSITORY TRUST AND CLEARING
CORPORATION, MARY SHAPIRO,
GRACE VOGEL, TIMOTHY WARD,
BRUCE BLATMAN, GEORGE
FRANCESCHINI, SAM LUGUE, JR.,
LARRY THOMPSON,

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFFS' MOTION TO REJOIN THE SECURITIES AND EXCHANGE COMMISSION AND GEORGE FRANCESCHINI AS DEFENDANTS IN THIS ACTION (Doc. No. 37)**
>
> **FILED:** April 28, 2011

In their motion, Plaintiffs indicated that several of the defendants opposed this motion. However, no responses were filed in opposition to the motion and the time for doing so has passed. Accordingly, the motion is **GRANTED** as unopposed. This order should not be construed as a finding by the Court that the SEC and Franceschini are indispensable parties in this case.

It is **ORDERED** that Plaintiffs must file and serve an amended complaint which includes Defendants Securities and Exchange Commission (SEC) and George Franceschini on or before May 23, 2011. Because the SEC and Franceschini were named as defendants in the original complaint in this case, it is **ORDERED** that Plaintiffs must file proof of service of process on the SEC and Franceschini on or before July 1, 2011.

**DONE** and **ORDERED** in Orlando, Florida on May 18, 2011.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE