**IN THE UNITED STATES DISTRICT COURT IN AND FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FINANCIAL INDUSTRY ASSOCIATION,            CASE NO. 6:10-CV-00408
G&G HOLDINGS, INC., RICHARD GOBLE,
and THE GOBLE FIRST REVOCABLE
FAMILY TRUST MAY 13, 1999,
Plaintiffs,

vs.

THE DEPOSITORY TRUST AND
CLEARING CORPORATION (DTCC),
FINANCIAL INDUSTRY
REGULATORY AUTHORITY, INC.
(FINRA), SAM LUQUE, JR., SECURITIES
INVESTOR PROTECTION
CORPORATION, MARY SHAPIRO in her
capacity as chairman of FINRA and the
SEC, LARRY THOMPSON in his capacity
as an officer of DTCC, GRACE VOGEL
in her capacity as Vice Chair of FINRA,
Defendants.
_____/

### NOTICE OF INTENT TO FILE MOTION TO CONSOLIDATE *GOBLE vs. FINRA* (Case No. 6:10-CV-00408) and *GOBLE v. UNITED STATES* (Case No. 6:11-CV-00825) AND TO CLARIFY COURT'S PRIOR RULING

Plaintiffs, by and through undersigned counsel, file this Notice of Intent to File Motion to

Consolidate Goble v. FINRA, et al. (Case No. 6:10-CV-00408) and Goble v. United States, et al.

(Case No. 6:11-CV-00825) and to Clarify Court's Prior Ruling. Plaintiffs will be filing this

Motion on May 25, 2011. The proposed Motion has been served and is being reviewed by all

1

parties represented in Case No. 6:10-CV-00408 to determine whether there are any objections to the motion.

DATED this 23rd day of May, 2011.

                    Respectfully submitted,

                    <u>Philip Bartlett</u>_____
                    Philip Bartlett, Esq.
                    Florida Bar No. 0045318
                    The Bartlett Law Firm, P.A.
                    230 East Marks Street
                    Orlando, FL 32803
                    (321) 319-0587 (telephone)
                    (866) 596-9215 (facsimile)
                    phil@pdbartlettlaw.com (e-mail)