UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FINANCIAL INDUSTRY ASSOCIATION,**
**G&G HOLDINGS, INC., RICHARD GOBLE,**
**and THE GOBLE FIRST REVOCABLE**
**FAMILY TRUST MAY 13, 1999**

    **Plaintiffs**,

v.                                                       Case No.: 6:10-cv-408-Orl-35DAB

**SECURITIES & EXCHANGE COMMISSION,**
**FINANCIAL INDUSTRY REGULATORY**
**AUTHORITY, INC., et al.**

    **Defendants**.
_____

**FINANCIAL INDUSTRY ASSOCIATION,**
**G&G HOLDINGS, INC., RICHARD GOBLE,**
**and THE GOBLE FIRST REVOCABLE**
**FAMILY TRUST MAY 13, 1999**

    **Plaintiffs**,

v.                                                       Case No.: 6:11-cv-825-Orl-35DAB

**SECURITIES & EXCHANGE COMMISSION,**
**SECURITIES INVESTOR PROTECTION**
**CORPORATION, et al.**

    **Defendants**.
_____

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiffs' Motion to Consolidate Cases. See FIA v. Securities & Exchange Commission et al., 6:11-cv-825-Orl-35DAB ("Case 2") Dkt. 3. Plaintiffs seek to consolidate this newly filed case with the following case currently pending before this Court: FIA v. Securities & Exchange Commission et al., 6:10-cv-408-Orl-35DAB ("Case 1"). Case 2 was reassigned to the

Undersigned on June 2, 2011.  (Case 2, Dkt. 7)  A review of the record reveals that Case 1 is stayed pending the resolution of MDFL case: <u>SEC v. North American et al.</u>, 6:08-cv-829-Orl-35KRS ("Original Case"), in which Plaintiff Richard Goble is a defendant. <u>See</u> (Case 1, Dkt. 19)  A further review of the record reveals that on May 3, 2011, Mr. Goble filed a Notice of Appeal of the Court's final judgment in the Original Case; thus the Original Case has not been completely resolved.  <u>See</u> (Original Case, Dkt. 262)  Upon consideration of the foregoing, it is hereby **ORDERED** that:

1. Case 1 will **REMAIN STAYED** pending the final resolution of the Original Case and until further Order of the Court;

2. Case 2 is hereby **STAYED** pending the final resolution of the Original Case and until further Order of the Court;

3. Plaintiffs' Motion to Consolidate (Case 2, Dkt. 3; Case 1, Dkt. 40) is **DENIED WITHOUT PREJUDICE**.  Plaintiffs may reassert the motion, to the extent appropriate, once this Court lifts the stay; and

4. Plaintiffs' Motion for Joinder (Case 1, Dkt. 37) is **DENIED WITHOUT PREJUDICE**.  Plaintiffs may reassert the motion, to the extent appropriate, once this Court lifts the stay.

**DONE** and **ORDERED** in Orlando, Florida, this 7th day of June 2011.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel of Record
Any Unrepresented Parties