**IN THE UNITED STATES DISTRICT COURT IN AND FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FINANCIAL INDUSTRY ASSOCIATION,                    CASE NO. 6:10-CV-00408
G&G HOLDINGS, INC., RICHARD GOBLE,
THE GOBLE FIRST REVOCABLE FAMILY
TRUST MAY 13, 1999,
Plaintiffs,


vs.


FINANCIAL INDUSTRY REGULATORY AUTHORITY,
INC., THE DEPOSITORY TRUST AND CLEARING
CORPORATION, MARY SHAPIRO, GRACE VOGEL,
TIMOTHY WARD, BRUCE BLATMAN, GEORGE
FRANCESCHINI, SAM LUQUE, JR., and LARRY
THOMPSON,
Defendants.

_____/

**PLAINTIFFS FINANCIAL INDUSTRY ASSOCIATION, G&G HOLDINGS, INC.**
**RICHARD GOBLE, THE GOBLE FIRST REVOCABLE FAMILY TRUST MAY 13,**
**1999'S COUNSEL'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF**
**RECORD**

Philip Bartlett, Esq. (hereafter "Counsel"), files this Unopposed Motion to Withdraw as

Plaintiffs' Counsel of Record alleging:

1.      Plaintiffs have requested that Counsel withdraw in the above styled case (Case

No. 6:10-CV-00408).

2.      On May 25, 2012, Plaintiffs filed a separate but related *pro se* action in this Court

against new Defendants (Case No. 6:12-CV-00877).

3.      The new 2012 case was intended by Plaintiffs as a separate action and not

intended to amend any previously filed complaint in any already pending action.

1

4.     Plaintiffs now also wish to proceed *pro se* or with new counsel in all actions in which counsel is now requesting withdrawal.

5.     After examining Plaintiffs' pro se docket in Case No. 6:12-CV-0877, counsel learned today (July 12, 2012) that the Court considered Plaintiffs' new pro se complaint on May 25, 2012 to be filed separately from the above styled case in error. Counsel's understanding is that this pro se complaint was not filed in error, but was always intended as a separate *pro se* action by Plaintiffs. Counsel has advised Plaintiffs to file a motion to reopen Case No. 6:12-CV-0877 *pro se* or preferably through a new attorney.

WHEREFORE, Plaintiffs and Plaintiffs' counsel request an order from the Court permitting withdrawal of Philip Bartlett, Esq. from this case.

**Memorandum of Law**

Courts in the Eleventh Circuit have routinely permitted counsel to withdraw when requested by the client, or even without the client's request if reasonable grounds are given in support. See e.g. *Diamond Ice Prints, LLC, v. Summit Capital, Inc.,* 6:11-CV-00174-ORL-31GJK (M.D. Fla. 2012); *Feldcamp v. Longbay Partners, LLC* 2:09-CV-253-FTM-29SPC; *Schwartz v. Million Air, Inc.,* 341 F.3d 1220 (11th Cir. 2003); *U.S. v. Ettinger*, 344 F.3d 1149, 1153 (11th Cir. 2003); and *McCoy v. Newsome*, 953 F.2d 1252, 1256 (11th Cir. 1992).

DATED this 12th day of July, 2012.

Respectfully submitted,

/s/Philip Bartlett_____
Philip Bartlett, Esq.
Florida Bar No. 0045318
The Bartlett Law Firm, P.A.

2

390 North Orange Avenue
Suite 2300
Orlando, FL 32801
(321) 319-0587 (telephone)
(866) 596-9215 (facsimile)
phil@pdbartlettlaw.com (e-mail)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via United States first class mail, facsimile, and/or this Court's electronic filing system upon the following interested parties this 12th day of July, 2012:

**David S. Mandel**
Mandel & Mandel, LLP
Suite 1200
169 E Flagler St
Miami, FL 33131

**Matthew Triggs**
Proskauer Rose, LLP
Suite 340 W
2255 Glades Rd
Boca Raton, FL 33431-7360
561/241-7400
Fax: 561-241-7145

**Matthew Triggs**
Proskauer Rose, LLP
Suite 340 W
2255 Glades Rd
Boca Raton, FL 33431-7360
561/241-7400
Fax: 561-241-7145

**Timothy Ward**
208 Debary Dr.
Debary, FL 32713
PRO SE

/s/Philip Bartlett_____
Philip Bartlett, Esq.

3

Florida Bar No. 0045318