IN THE UNITED STATES DISTRICT COURT IN AND FOR THE MIDDLE DISTRICT
OF FLORIDA
ORLANDO DIVISION

FINANCIAL INDUSTRY ASSOCIATION,        CASE NO. 6:10-CV-00408
G&G HOLDINGS, INC., RICHARD GOBLE,
THE GOBLE FIRST REVOCABLE FAMILY
TRUST MAY 13, 1999,
Plaintiffs,

vs.

FINANCIAL INDUSTRY REGULATORY AUTHORITY,
INC., THE DEPOSITORY TRUST AND CLEARING
CORPORATION, MARY SHAPIRO, GRACE VOGEL,
TIMOTHY WARD, BRUCE BLATMAN, GEORGE
FRANCESCHINI, SAM LUQUE, JR., and LARRY
THOMPSON,
Defendants.

_____/

## NOTICE OF UNAVAILABILITY

Philip Bartlett, Esq. (hereafter "Counsel"), counsel for all Plaintiffs, files this NOTICE OF UNAVAILABILITY.  Counsel will be unavailable for hearings or other matters from July 23, 2012 until August 3, 2012.  Counsel respectfully requests that all parties and the Court take notice regarding this matter.

DATED this 17th day of July, 2012.

                               Respectfully submitted,

                               /s/Philip Bartlett_____
                               Philip Bartlett, Esq.
                               Florida Bar No. 0045318
                               The Bartlett Law Firm, P.A.
                               390 North Orange Avenue
                               Suite 2300

Orlando, FL 32801<br>
(321) 319-0587 (telephone)<br>
(866) 596-9215 (facsimile)<br>
phil@pdbartlettlaw.com (e-mail)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via United States first class mail, facsimile, and/or this Court's electronic filing system upon the following interested parties this 12th day of July, 2012:

**David S. Mandel**
Mandel & Mandel, LLP
Suite 1200
169 E Flagler St
Miami, FL 33131

**Matthew Triggs**
Proskauer Rose, LLP
Suite 340 W
2255 Glades Rd
Boca Raton, FL 33431-7360
561/241-7400
Fax: 561-241-7145

**Matthew Triggs**
Proskauer Rose, LLP
Suite 340 W
2255 Glades Rd
Boca Raton, FL 33431-7360
561/241-7400
Fax: 561-241-7145

**Timothy Ward**
208 Debary Dr.
Debary, FL 32713
PRO SE

/s/Philip Bartlett_____<br>
Philip Bartlett, Esq.<br>
Florida Bar No. 0045318