# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FINANCIAL INDUSTRY ASSOCIATION,
G&G HOLDINGS, INC., RICHARD
GOBLE and  THE GOBLE FIRST
REVOCABLE FAMILY TRUST MAY 13,
1999,**

**Plaintiffs,**

**-vs-**                                                         **Case No.  6:10-cv-408-Orl-36KRS**

**SECURITIES & EXCHANGE
COMMISSION, FINANCIAL INDUSTRY
REGULATORY AUTHORITY, INC., et al.,**

**Defendants.**

_____

## ORDER TO STRIKE

Upon consideration of the Notice of Unavailability (Doc. No. 45), filed by Philip Bartlett, Esq.,

counsel for all Plaintiffs, it is **ORDERED** that the Notice is hereby **STRICKEN**.  The rules of this Court

do not provide for filing a Notice of Unavailability as a method to avoid abiding by deadlines and

schedules established by the Court or to extend the time for responding to motions.  Counsel may notify

opposing counsel of his or her unavailability and request that his or her schedule be accommodated.  With

respect to deadlines for filing documents with the Court, attending hearings, or otherwise, counsel must

file a motion for an enlargement of time or a continuance of a hearing or deposition date, as appropriate.

It is impractical for the Court to be required to search the docket of each case for notices of unavailability

before setting hearings and response deadlines.

Accordingly, counsel may not rely upon the filing of the notice as a basis to excuse his or her appearance before the Court as required or to comply with a deadline established by the Court or governing rules of procedures.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 18, 2012.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE