**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FINANCIAL INDUSTRY ASSOCIATION,**
**G&G HOLDINGS, INC., RICHARD**
**GOBLE and THE GOBLE FIRST**
**REVOCABLE FAMILY TRUST MAY 13,**
**1999,**

                    **Plaintiffs,**

**-vs-**                                      **Case No. 6:10-cv-408-Orl-36KRS**

**SECURITIES & EXCHANGE**
**COMMISSION, FINANCIAL INDUSTRY**
**REGULATORY AUTHORITY, INC., et al.,**

                    **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **UNOPPOSED MOTION FOR PHILIP BARTLETT TO WITHDRAW AS ATTORNEY FOR PLAINTIFFS (Doc. No. 44)**
>
> **FILED:** July 17, 2012
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Counsel moves to withdraw from representation of Plaintiffs, Financial Industry Association, G&G Holding, Inc., Richard Goble and The Goble First Revocable Family Trust May 13, 1999. Because a corporation or other entity cannot appear and be heard in this case except through counsel

of record, the motion is **DENIED** until substitute counsel enters an appearance for Financial Industry Association, G&G Holdings, Inc., and The Goble First Revocable Family Trust May 13, 1999. *See* Local Rule 2.03(e). Also, there is no certification as to compliance with Local Rule 3.01(g) in the present motion other than the title of the motion stating it is unopposed. Certification in compliance with Local Rule 3.01(g) shall be included in any renewed motion.

As to the individual plaintiff, Richard Goble, counsel has not provided a service address, telephone number and email address at which Mr. Goble may be contacted and receive papers in this case. Therefore, the motion is **DENIED** without prejudice as to the request to withdraw as counsel for Mr. Goble.

**DONE** and **ORDERED** in Orlando, Florida on July 18, 2012.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE