IN THE UNITED STATES DISTRICT COURT IN AND FOR THE MIDDLE DISTRICT
OF FLORIDA
ORLANDO DIVISION

CASE NO. **6:10-cv-00408-CEH-KRS**

RICHARD GOBLE,
Plaintiff,

vs.

SECURITIES AND EXCHANGE COMMISSION,
FINANCIAL INDUSTRY REGULATORY AUTHORITY,
INC. (FINRA), THE DEPOSITORY TRUST AND
CLEARING CORPORATION (DTCC), MARY
SHAPIRO, GRACE VOGEL, LARRY THOMPSON,
TIMOTHY WARD, BRUCE BLATMAN, GEORGE
FRANCESCHINI, and SAM LUQUE, JR.,
Defendants.
_____/

## PLAINTIFF'S RICHARD GOBLE MOTION TO WITHDRAW MR. PHILIP BARTLETT AS COUNSEL OF RECORD

Richard Goble pro se, files this Motion to withdraw Mr. Philip Bartlett, Esq. as Plaintiffs' Counsel of Record alleging:

1. Plaintiff has respectfully requested that Mr. Phil Bartlett be withdrawn as Counsel in the above styled case (Case No. 6:10-CV-00408).

2. Mr. Bartlett signed consent to withdraw on May 29th, 2013. (Please see Attachment A).

3. The motion to remove Mr. Bartlett for 6:11-CV-00825 [DE 25] was granted by this Court on June 4th, 2013.

1

5. Plaintiff now wishes to proceed with this case *pro se* concerning all claims 6:10-CV-408.

WHEREFORE, Plaintiffs respectfully requests this Court permit the withdrawal of Mr. Philip Bartlett, Esq. from this case, 6:10-CV-00408 since Mr. Bartlett signed a consent to withdraw pursuant to Local Rule 3.01(g).

### Memorandum of Law

Courts in the Eleventh Circuit have routinely permitted counsel to withdraw when requested by the client, or even without the client's request if reasonable grounds are given in support. See e.g. *Diamond Ice Prints, LLC, v. Summit Capital, Inc.*, 6:11-CV-00174-ORL-31GJK (M.D. Fla. 2012); *Feldcamp v. Longbay Partners, LLC* 2:09-CV-253-FTM-29SPC; *Schwartz v. Million Air, Inc.*, 341 F.3d 1220 (11th Cir. 2003); *U.S. v. Ettinger*, 344 F.3d 1149, 1153 (11th Cir. 2003); and *McCoy v. Newsome*, 953 F.2d 1252, 1256 (11th Cir. 1992).

DATED this 6th day of June, 2013.

Respectfully submitted,
/s/ _____ *pro se*
Richard Goble
1385 West State Road 434 Suite 102
Longwood, Florida 32750
(407) 339-9781

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing on the below service list was furnished via United States first class mail, facsimile, and/or this Court's electronic filing system upon the following interested parties this 6th day of June, 2013:

Respectfully submitted,

/s/ [signature] pro se

Richard Goble


**Service List:**

**Robert K. Levenson**
Securities & Exchange Commission
Suite 1800
801 Brickell Ave
Miami, FL 33131

**Bruce William Barnes**
Bruce W. Barnes, PA
Suite 204
100 Main St
Safety Harbor, FL 34695

**David Hywel Leonard**
Carlton Fields, PA
4221 W Boy Scout Blvd - Ste 1000
PO Box 3239
Tampa, FL 33601-3239

**Robert N. Gilbert**
Carlton Fields, PA
Suite 1200
525 Okeechobee Blvd
West Palm Beach, FL 33401

**Keith J. Barnett**
Sutherland, Asbill & Brennan, LLP
Suite 2300
999 Peachtree St NE
Atlanta, GA 30309-3996

**Michael K. Freeman**
Sutherland, Asbill & Brennan, LLP
Suite 2300
999 Peachtree St NE
Atlanta, GA 30309-3996

**Olga Greenberg**
Sutherland, Asbill & Brennan, LLP
Suite 2300
999 Peachtree St NE
Atlanta, GA 30309-3996

**Peter Anderson**
Sutherland, Asbill & Brennan, LLP
Suite 2300
999 Peachtree St NE
Atlanta, GA 30309-3996