# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FINANCIAL INDUSTRY ASSOCIATION, G&G HOLDINGS, INC., RICHARD GOBLE and THE GOBLE FIRST REVOCABLE FAMILY TRUST MAY 13, 1999,**

           **Plaintiffs,**

**v.**                               **Case No:  6:10-cv-408-Orl-36KRS**

**FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC., THE DEPOSITORY TRUST AND CLEARING CORPORATION, MARY SHAPIRO, GRACE VOGEL, TIMOTHY WARD, BRUCE BLATMAN, SAM LUGUE, JR.  and  LARRY THOMPSON,**

           **Defendants.**

_____

## ORDER

On June 6, 2013, the Court entered an Order (Doc. 48) lifting the stay of this case.

Accordingly, it is now

**ORDERED** that the Plaintiffs shall file a joint **Case Management Report,** pursuant to Local Rule 3.05 [Middle District of Florida], on or before **June 28, 2013**. Failure to respond shall result in a dismissal of this action without further notice from the Court.

**DONE** and **ORDERED** in Orlando, Florida, on the 7th day of June 2013.

*Charlene Edwards Honeywell*

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Any Unrepresented Party