*Dear Clerk of Courts*

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CASE NO. **6:10-cv-00408-CEH-KRS**

RICHARD GOBLE,
Plaintiff,

vs.

SECURITIES AND EXCHANGE COMMISSION,
FINANCIAL INDUSTRY REGULATORY AUTHORITY,
INC. (FINRA), THE DEPOSITORY TRUST AND
CLEARING CORPORATION (DTCC), MARY
SHAPIRO, GRACE VOGEL, LARRY THOMPSON,
TIMOTHY WARD, BRUCE BLATMAN, GEORGE
FRANCESCHINI, and SAM LUQUE, JR.,

Defendants./

*I filed this earlier today but I did not Include Attachment A*

*Please Include This filing Attach. ment A*

## PLAINTIFF'S RICHARD GOBLE MOTION TO WITHDRAW MR. PHILIP BARTLETT AS COUNSEL OF RECORD

Richard Goble pro se, files this Motion to withdraw Mr. Philip Bartlett, Esq. as Plaintiffs' Counsel of Record alleging:

1.      Plaintiff requests that Mr. Phil Bartlett be withdrawn as Counsel in the above styled case (Case No. 6:10-cv-00408).

2.      It was ordered by this Court that any new motion to withdraw should be accompanied with a signed consent to withdraw from Mr. Philip Bartlett [6:11-CV-00825 DE 23].

3.      Mr. Bartlett signed consent to withdraw on May 29th, 2013. (Please see Attachment A)

5.      Plaintiff now wishes to proceed with this case *pro se* concerning all claims.

1

A

RECEIVED

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE MIDDLE DISTRICT
OF FLORIDA

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**ORLANDO DIVISION**

CASE NO. **6:11-cv-00825-CEH-KRS**

RICHARD GOBLE.
Plaintiff.

vs.

THE UNITED STATES OF AMERICA.
SECURITIES AND EXCHANGE COMMISSION.
GEORGE FRANCESCHINI. and SAMUEL LUQUE JR.

BRUCE B. BLATMAN. and
TIMOTHY J. WARD.

SECURITIES INVESTOR PROTECTION CORPORATION.
JOSEPHINE WANG. and CHRISTOPHER LAROSA.

FINANCIAL INDUSTRY TECHNICAL SERVICES. INC..
HENRY LANGE. and JOHN RIZZO.

CARLTON FIELDS. PA.
ROBERT N. GILBERT and DAVID HYWEL LEONARD.

SUTHERLAND, ASBILL & BRENNAN. LLP
PETER J. ANDERSON. KEITH J. BARNETT. MICHAEL K. FREEMAN.
and OLGA GREENBERG.
Defendants.

_____ /

## CONSENT TO WITHDRAW AS COUNSEL BY MR. PHILIP BARTLETT. ESQ

I hereby give my full consent to withdraw as Counsel of record from:

6:11-cv-00825
6:10-cv-00408

/s/

5/29/13

Philip Bartlett, Esq.
The Bartlett Law Firm. P.A.
390 North Orange Avenue Suite 2300
Orlando. FL 32801
(321) 319-0587 (telephone)

1