**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FINANCIAL INDUSTRY ASSOCIATION,
G&G HOLDINGS, INC., RICHARD
GOBLE and THE GOBLE FIRST
REVOCABLE FAMILY TRUST MAY 13,
1999,

        **Plaintiffs,**

-vs-                                  Case No. 6:10-cv-408-Orl-36KRS

SECURITIES & EXCHANGE
COMMISSION, FINANCIAL INDUSTRY
REGULATORY AUTHORITY, INC., et al.,

        **Defendants.**

_____

**ORDER**
**(And Direction to Clerk of Court)**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S RICHARD GOBLE MOTION TO WITHDRAW MR. PHILIP BARTLETT AS COUNSEL OF RECORD (Doc. No. 49)**
>
> **FILED:** June 7, 2013

It is unclear whether Plaintiff Richard Goble is requesting that Attorney Bartlett be allowed to withdraw from representing all Plaintiffs or only from representing Mr. Goble. Regardless, Attorney Bartlett has consented to withdrawing as counsel of record in this case. Doc. No. 52.

To the extent that Mr. Goble is requesting to proceed *pro se* with respect to his own claims, his motion is **GRANTED**, and it is **ORDERED** that Mr. Goble is responsible for prosecuting this case on his own behalf, including abiding by the rules of the Court and all Court orders, unless and until substitute counsel enters an appearance on his behalf.

To the extent that Mr. Goble is requesting that Attorney Bartlett be allowed to withdraw from representing the other Plaintiffs in this case – Financial Industry Association ("FIA"), G&G Holdings, Inc. ("G&G"), and the Goble First Revocable Family Trust May 13, 1999 ("the Goble Trust") – the motion is **DENIED without prejudice** until substitute counsel enters an appearance for FIA, G&G, and the Goble Trust. As the Court has previously informed Plaintiffs, Doc. No. 47, corporations and other such entities cannot appear and be heard in this case except through counsel of record. Because Mr. Goble is not a licensed attorney admitted to practice in the Middle District of Florida, he cannot represent FIA, G&G, and the Goble Trust.

**The Clerk of Court is directed to mail a copy of this Order to Mr. Goble at 1385 West S.R. 434, Suite 102, Longwood, FL 32750.**

**DONE** and **ORDERED** in Orlando, Florida on June 10, 2013.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE