**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FINANCIAL INDUSTRY ASSOCIATION, G&G HOLDINGS, INC., RICHARD GOBLE and THE GOBLE FIRST REVOCABLE FAMILY TRUST MAY 13, 1999,**

     **Plaintiffs,**

-vs-               Case No. 6:10-cv-408-Orl-36KRS

**SECURITIES & EXCHANGE COMMISSION, FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC., et al.,**

     **Defendants.**
_____

**ORDER**
**(And Direction to the Clerk of Court)**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF RICHARD L. GOBLE'S MOTION TO PERMIT THE EMAIL NOTIFICATIONS OF ALL EVENTS IN THIS PROCEEDING. (Doc. No. 50)**
>
> **FILED:** June 7, 2013
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Plaintiff Richard Goble did not provide the Court with the email address at which he would like to receive future filings. A renewed motion to receive Court documents via email shall include Goble's current email address.

**The Clerk of Court is directed to mail a copy of this Order to Goble at 1385 West S.R. 434, Suite 102, Longwood, FL 32750.**

**DONE** and **ORDERED** in Orlando, Florida on June 11, 2013.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE