IN THE UNITED STATES DISTRICT COURT IN AND FOR THE MIDDLE DISTRICT
OF FLORIDA
ORLANDO DIVISION

RICHARD GOBLE
**Plaintiff,**

CASE NO. 6-10-CV-000408

**JURY TRIAL DEMANDED**

vs.

THE UNITED STATES OF AMERICA,
SECURITIES AND EXCHANGE COMMISSION,
GEORGE FRANCESCHINI, and SAMUEL LUQUE JR,

BRUCE B. BLATMAN, and
TIMOTHY J. WARD,

SECURITIES INVESTOR PROTECTION CORPORATION,
JOSEPHINE WANG, and CHRISTOPHER LAROSA,

FINANCIAL INDUSTRY TECHNICAL SERVICES, INC.,
HENRY LANGE, and JOHN RIZZO,

CARLTON FIELDS, PA,
ROBERT N. GILBERT, FRANCK D. CHANTAYAN,
and DAVID HYWEL LEONARD,

SUTHERLAND, ASBILL & BRENNAN, LLP
PETER J. ANDERSON, KEITH J. BARNETT, MICHAEL K. FREEMAN,
and OLGA GREENBERG,

**Defendants/**

## PLAINTIFF RICHARD L. GOBLE'S RENEWED MOTION TO PERMIT THE EMAIL NOTIFICATIONS OF ALL EVENTS IN THIS PROCEEDING.

1. Plaintiff RICHARD L. GOBLE ("GOBLE" "Plaintiff" "me", "I", "my"), PRO SE hereby submits this motion to permit me to simply review the status of my case.

2. This Court recently denied the same motion because an email address was not included in the motion. The email address to send all notifications is: 1926media@gmail.com.

1

3. It costs approximately $2.00 per view just to observe a copy the current case management files. Since I cannot receive email notifications of all case activities I am not able to take advantage of the first free viewing of all my case filings. My quarterly Pacer bill has exceeded over $125.00 in the past.

4. It is unfair and prejudicial to require me to spend more money and time than the defendants and other interested parties to file motions, review filings, and receive case activity, etc.

5. I have the capabilities to comply and I am willing to comply with all of the Pacer rules and regulations.

6. Currently I am filing all documents manually with the Clerk by driving to downtown Federal Building, paying for parking, clearing security, and then filing the document(s) with the Clerk. Needless to say this is very costly as well.

### CONCLUSION

For all the reasons set forth herein, Plaintiff RICHARD L. GOBLE respectfully submits that the Court change my contact information, grant an immediate permission for me to receive all of my case activity via email.

DATED this 12th day of June, 2013.

Respectfully submitted,
/s/ Richard Goble                 pro se
Richard Goble
1385 West State Road 434 Suite 102
Longwood, Florida 32750
(407) 339-9781

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing on the below service list was furnished via United States first class mail, facsimile, and/or this Court's electronic filing system upon the following interested parties this 12th day of June, 2013:

Respectfully submitted,

/s/ _____ pro se

Richard Goble

**Service List:**

**Robert K. Levenson**
Securities & Exchange Commission
Suite 1800
801 Brickell Ave
Miami, FL 33131

**Bruce William Barnes**
Bruce W. Barnes, PA
Suite 204
100 Main St
Safety Harbor, FL 34695

**David Hywel Leonard**
Carlton Fields, PA
4221 W Boy Scout Blvd - Ste 1000
PO Box 3239
Tampa, FL 33601-3239

**Robert N. Gilbert**
Carlton Fields, PA
Suite 1200
525 Okeechobee Blvd
West Palm Beach, FL 33401

**Keith J. Barnett**
Sutherland, Asbill & Brennan, LLP
Suite 2300
999 Peachtree St NE
Atlanta, GA 30309-3996

**Michael K. Freeman**
Sutherland, Asbill & Brennan, LLP
Suite 2300
999 Peachtree St NE
Atlanta, GA 30309-3996

**Olga Greenberg**
Sutherland, Asbill & Brennan, LLP
Suite 2300
999 Peachtree St NE
Atlanta, GA 30309-3996

**Peter Anderson**
Sutherland, Asbill & Brennan, LLP
Suite 2300
999 Peachtree St NE
Atlanta, GA 30309-3996