IN THE UNITED STATES DISTRICT COURT IN AND FOR THE MIDDLE DISTRICT
OF FLORIDA
ORLANDO DIVISION

RICHARD GOBLE

**Plaintiff,**                                                          CASE NO. 6-10-CV-000408

vs.                                                                              JURY TRIAL DEMANDED

THE UNITED STATES OF AMERICA,
SECURITIES AND EXCHANGE COMMISSION,
BRIAN K. BARRY, GEORGE FRANCESCHINI, and SAMUEL LUQUE JR,

BRUCE B. BLATMAN, and
TIMOTHY J. WARD,

SECURITIES INVESTOR PROTECTION CORPORATION,
JOSEPHINE WANG, and CHRISTOPHER LAROSA,

FINANCIAL INDUSTRY TECHNICAL SERVICES, INC.,
HENRY LANGE, and JOHN RIZZO,

GLASSRATNER ADVISORY AND CAPITAL GROUP, LLC
THOMAS SANTORO

KAPILA AND COMPANY
SONEET R. KAPILA

CARLTON FIELDS, PA,
ROBERT N. GILBERT, FRANCK D. CHANTAYAN
and DAVID HYWEL LEONARD,

SUTHERLAND, ASBILL & BRENNAN, LLP
PETER J. ANDERSON, KEITH J. BARNETT, MICHAEL K. FREEMAN,
and OLGA GREENBERG,

**Defendants.**
_____

**MOTION TO CONSOLIDATE _GOBLE vs. FINRA_ (Case No. 6:10-CV-00408) and _GOBLE v. UNITED STATES_ (Case No. 6:11-CV-00825) AND TO REVISIT COURT'S PRIOR RULING OF MAY 18, 2011**

RICHARD L. GOBLE, ("GOBLE" "Plaintiff" "me", "I", "my") proceeding *pro se* and

1

as assignee of claims and 100% shareholder of the FINANCIAL INDUSTRY ASSOCIATION ("FIA"), G&G HOLDINGS, INC.("G&G"), and THE GOBLE FIRST REVOCABLE FAMILY TRUST MAY 13, 1999 ("Trust") NORTH AMERICAN CLEARING, Inc.(collectively the "Goble Entities) file this Motion to Consolidate Goble v. FINRA, et al. (Case No. 6:10-CV-00408) and Goble v. United States, et al. (Case No. 6:11-CV00825) and to Revisit Court's Prior Ruling, and in support thereof state as follows:

1.      Plaintiff filed lawsuit against FINRA and multiple other Defendants on March 16, 2010 in response to an investigation and action by FINRA and other corporations, agencies and individuals of Goble's company North American Clearing that took place throughout 2007 and 2008.

2.      Since that time, Plaintiffs' case against FINRA has been stayed pending the outcome of the Court's decision in Case No. 6:08-CV-00829.

3.      During the stay, the Securities and Exchange Commission on behalf of the United States of America formally denied Plaintiffs related claim against the SEC filed pursuant to the Federal Tort Claims Act on November 18, 2010. As a result, Plaintiffs filed a motion to rejoin the Securities and Exchange Commission and other additional Defendants.

4.      While this Court was considering the Motion to Rejoin, Plaintiff filed the new action *Goble v. United States* (Case No. 6:11-CV-00825), to ensure that all proper statutes of limitations were complied with, and to add additional Defendants that Plaintiffs had decided to include in its suit since the Motion to Rejoin was filed.

5.      All of the Defendants and claims in both Cases Nos. 6:11-CV-00825 and 6:10-CV-00408 arise out of the same series of transactions regarding North American Clearing, Inc., the brokerage clearing firm owned by Mr. Goble. All of the Defendants and claims involve a common question of law and fact to be joined and consolidated into the same action and

administration of this Court.

6. Immediately after the new Case No. 6:11-CV-00825 was filed on May 18, 2011, on the same date, Magistrate Judge Spaulding did enter an order allowing Plaintiffs to rejoin the parties requested in their Motion to Rejoin.

7. As a result of the new civil case filing that occurred a few hours prior to the entry of that Order by Magistrate Judge Spaulding on May 18, 2011, the parties that were to be joined in the original case have now had proper claims filed against them and rejoining the Defendants in the original case would appear to be redundant.

8. Plaintiff has filed an Amended Complaint combining all Defendants and dropping FINRA, Ms. Schapiro, Ms. Vogel, Depository Trust Company, and Mr. Thompson. Also, since Mr. Goble has been assigned all rights to pursue and receive all claims, all Plaintiffs have been removed from the filed complaints, except for Mr. Goble

## MEMORANDUM OF LAW

9. Fed.R.Civ.P. 42(a) allows a Court to consolidate actions involving common questions of law and fact. In determining whether or not to consolidate cases, the Court should weigh the interest of judicial convenience against the potential for delay, confusion, and prejudice. *Investors Research Co. v. U.S. Dist Court for Cent. Dist. Of Cal.*, 877 F.2d. 777 (9th Cir. 1989).

10. Consolidation is appropriate as a matter of convenience and economy in administration. *Johnson v. Manhattan Ry Co.*, 289 U.S. 479, 496 (1933).

11. The matters in the two cases mentioned in this motion involve common questions of law and fact. If the Court were to weigh the interest of judicial convenience against potential

3

for confusion and prejudice, the convenience would far outweigh any prejudice to any particular defendant, and there would be no reason for there to be any confusion after the consolidation.

12. These two cases involve a common series of events and transactions that are all related to each other, beginning with the investigation of the SEC investigators, through to the trial, appeal, and resolution of the SEC case based upon that same SEC investigation.

13. Administration would substantially improve if the cases were consolidated.

**WHEREFORE**, Plaintiffs request an order from this Honorable Court consolidating Case Nos. 6:10-CV-00408 and Case No. 6:11-CV-00825, and clarifying its prior Order in Case No. 6:10-CV-00408 as to if and whether a new Complaint should be filed in either the old case, new case, or both cases.

DATED this 10th day of June, 2013.
Respectfully submitted,

/s/ _____ pro se
Richard Goble
1385 West State Road 434 Suite 102
Longwood, Florida 32750
(407) 339-9781

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via either United States first class mail, facsimile, email and/or this Court's electronic court filing system to the following parties or counsel this 10th day of June, 2013:

Respectfully submitted,
/s/ _____ pro se
Richard Goble

**Service List:**
**Robert K. Levenson**
Securities & Exchange Commission
Suite 1800
801 Brickell Ave
Miami, FL 33131

4

**Bruce William Barnes**
Bruce W. Barnes, PA
Suite 204
100 Main St
Safety Harbor, FL 34695

**David Hywel Leonard**
Carlton Fields, PA
4221 W Boy Scout Blvd - Ste 1000
PO Box 3239
Tampa, FL 33601-3239

**Robert N. Gilbert**
Carlton Fields, PA
Suite 1200
525 Okeechobee Blvd
West Palm Beach, FL 33401

**Keith J. Barnett**
Sutherland, Asbill & Brennan, LLP
Suite 2300
999 Peachtree St NE
Atlanta, GA 30309-3996

**Michael K. Freeman**
Sutherland, Asbill & Brennan, LLP
Suite 2300
999 Peachtree St NE
Atlanta, GA 30309-3996

**Olga Greenberg**
Sutherland, Asbill & Brennan, LLP
Suite 2300
999 Peachtree St NE
Atlanta, GA 30309-3996

**Peter Anderson**
Sutherland, Asbill & Brennan, LLP
Suite 2300
999 Peachtree St NE
Atlanta, GA 30309-3996