IN THE UNITED STATES DISTRICT COURT IN AND FOR THE MIDDLE DISTRICT
OF FLORIDA
ORLANDO DIVISION

RICHARD GOBLE

**Plaintiff,**   CASE NO. 6-10-CV-000408

vs.   JURY TRIAL DEMANDED

THE UNITED STATES OF AMERICA,
SECURITIES AND EXCHANGE COMMISSION,
BRIAN K. BARRY, GEORGE FRANCESCHINI, and SAMUEL LUQUE JR,

BRUCE B. BLATMAN, and
TIMOTHY J. WARD,

SECURITIES INVESTOR PROTECTION CORPORATION,
JOSEPHINE WANG, and CHRISTOPHER LAROSA,

FINANCIAL INDUSTRY TECHNICAL SERVICES, INC.,
HENRY LANGE, and JOHN RIZZO,

GLASSRATNER ADVISORY AND CAPITAL GROUP, LLC
THOMAS SANTORO

KAPILA AND COMPANY
SONEET R. KAPILA

CARLTON FIELDS, PA,
ROBERT N. GILBERT, FRANCK D. CHANTAYAN
and DAVID HYWEL LEONARD,

SUTHERLAND, ASBILL & BRENNAN, LLP
PETER J. ANDERSON, KEITH J. BARNETT, MICHAEL K. FREEMAN,
and OLGA GREENBERG,

**Defendants/**

## MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT

1.   Plaintiff RICHARD L. GOBLE ("GOBLE" "Plaintiff" "me", "I", "my"), PRO SE hereby submits this motion to Amend the Complaint.

1

2. Richard Goble files this motion for leave to amend (the "Amended Complaint") the Complaint to recover lost, stolen, damaged, property and assets from the defendants.

3. To Recover Fraudulent Transfers of assets and Money based of the Defendants willful acts of:

Bankruptcy Fraud pursuant to 18 U.S.C. § 151, aiding and abetting bankruptcy fraud, conversion of assets 11 USC § 523, abuse of process, civil conspiracy, tortious interference with plaintiffs' business relationships, gross negligence, negligence, defamation, corruption 18 U.S.C., wrongful termination and failure to pay wages and reimburse business expenses, obstruction, theft of funds under Florida State Statute 772.11, breach of contract, legal malpractice.

4. The Plaintiff seeks leave to file the Fourth Amended Complaint attached hereto: (Please see the attached Fourth Amended Complaint).

5. The Fourth Amended Complaint modifies all of the other complaints to one Plaintiff and reduces the number of Defendants.

6. Furthermore, the Fourth Amended Complaint modifies the Exhibits to closely correspond to the Fourth Amended Complaint.

7. Rule 15(a) of the Federal Rules of Civil Procedure, made applicable in this case provides the courts should freely allow a party to amend it's pleading "when justice so requires." Fed. R. Civ. P. 15(a); Warner v Alexander Grant & Co., 828 F.2d 1528, 1531 (11th Cir. 1987); In re Kindred, 2010 WL 299155, *2 (Bankr. M.D. FL July 16, 2010);

8. In reEverfresh Beverages, Inc., 238 B.R. 558, 569 (Bankr. S.D.N.Y. 1999). A plaintiff should be permitted to amend his pleading "absent prejudice to the defendant, bad faith or undue delay on the part of the plaintiff." Warner v Alexander Grant & Co., 828 F.2d at 1531; In re Kindred, 2010 WL 2991555 at *2 (allowing Mr. Goble to amend this complaint to combine and consolidate the other complaints, reduce the number of Plaintiffs and Defendants);

9. In re Everfresh Beverages. Inc., 238 B.R. at 584 (granting leave to amend complaint at early stage of discovery process, and stating burden is on non-moving party to show significant prejudice and undue delay).

10.     Here, it is appropriate to grant Plaintiff leave to amend his Complaint since Defendant(s) will not be prejudiced.

11.     There is no bad faith or undue delay in filing the Fourth Amended Complaint since the stay in this case has just been lifted by this Court.

12.     None of the Defendants have been served because of the recently lifted stay and there is no current Court Ordered Case Management Schedule and discovery has not yet commenced. In re Everfresh Beverages, Inc., 238 B.R. at 584 (allowing amendment to complaint at early stage of discovery process).

**WHEREFORE**, the Plaintiff respectfully request that the Court grant the Plaintiff leave to file the Fourth Amended Complaint, and grant such further relief as may be just and proper.

### CONCLUSION

For all the reasons set forth herein, Plaintiff RICHARD L. GOBLE respectfully submits that the Court grant my motion to file the Fourth Amended Complaint.

DATED this 7th day of June, 2013.

Respectfully submitted,
/s/_____ pro se
Richard Goble
1385 West State Road 434 Suite 102
Longwood, Florida 32750
(407) 339-9781

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing on the below service list was furnished via United States first class mail, facsimile, and/or this Court's electronic filing system upon the following interested parties this 7th day of June, 2013:

Respectfully submitted,

/s/ _____ pro se

Richard Goble

**Service List:**

**Robert K. Levenson**
Securities & Exchange Commission
Suite 1800
801 Brickell Ave
Miami, FL 33131

**Bruce William Barnes**
Bruce W. Barnes, PA
Suite 204
100 Main St
Safety Harbor, FL 34695

**David Hywel Leonard**
Carlton Fields, PA
4221 W Boy Scout Blvd - Ste 1000
PO Box 3239
Tampa, FL 33601-3239

**Robert N. Gilbert**
Carlton Fields, PA
Suite 1200
525 Okeechobee Blvd
West Palm Beach, FL 33401

**Keith J. Barnett**
Sutherland, Asbill & Brennan, LLP
Suite 2300
999 Peachtree St NE
Atlanta, GA 30309-3996

**Michael K. Freeman**
Sutherland, Asbill & Brennan, LLP
Suite 2300
999 Peachtree St NE
Atlanta, GA 30309-3996

**Olga Greenberg**
Sutherland, Asbill & Brennan, LLP
Suite 2300
999 Peachtree St NE
Atlanta, GA 30309-3996

**Peter Anderson**
Sutherland, Asbill & Brennan, LLP
Suite 2300
999 Peachtree St NE
Atlanta, GA 30309-3996