# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FINANCIAL INDUSTRY ASSOCIATION, G&G HOLDINGS, INC., RICHARD GOBLE and THE GOBLE FIRST REVOCABLE FAMILY TRUST MAY 13, 1999,**

      **Plaintiffs,**

**-vs-**              Case No. 6:10-cv-408-Orl-36KRS

**SECURITIES & EXCHANGE COMMISSION, FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC., et al.,**

      **Defendants.**

_____

## ORDER

  This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF RICHARD L. GOBLE'S RENEWED MOTION TO PERMIT THE EMAIL NOTIFICATIONS OF ALL EVENTS IN THIS PROCEEDING (Doc. No. 55)**
>
> **FILED:** June 12, 2013
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part.

  The Clerk of Court shall deliver documents to Plaintiff Richard Goble at his email address, which is 1926media@gmail.com, and shall no longer send documents to him in paper form. Goble is responsible for notifying the Clerk of Court promptly if he changes his email address.

Goble is cautioned that he may *not* file documents with the Court via email.  Instead, he must file all documents with the Clerk of Court's office in person or via mail and send copies of all such filings via mail to the other parties in this case.

**DONE** and **ORDERED** in Orlando, Florida on June 14, 2013.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE