**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| FINANCIAL INDUSTRY ASSOCIATION, G&G HOLDINGS, INC., RICHARD GOBLE, and THE GOBLE FIRST REVOCABLE FAMILY TRUST MAY 13, 1999,<br><br>                Plaintiffs,<br><br>    v.<br><br>SECURITIES AND EXCHANGE COMMISSION, FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC., THE DEPOSITORY TRUST AND CLEARING CORPORATION, MARY SHAPIRO, GRACE VOGEL, LARRY THOMPSON, TIMOTHY WARD, BRUCE BLATMAN, GEORGE FRANCESCHINI, and SAM LUQUE, JR.,<br><br>                Defendants. | No. 6:10-cv-00408-MSS-DAB |

**RESPONSE TO PLAINTIFF'S CASE MANAGEMENT REPORT BY
FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.**

The Financial Industry Regulatory Authority, Inc. ("FINRA") respectfully submits this response to the case management report filed by Plaintiff Richard Goble on June 20, 2013. *See* D.E. 61.

In Mr. Goble's initial complaint, he and several entities he controls alleged that FINRA, along with two FINRA officials, Mary Schapiro, and Grace Vogel (collectively, the "FINRA Defendants") improperly exercised their regulatory authority under the Securities Exchange Act of 1934 in recommending that the Securities and Exchange Commission

pursue an enforcement action against North American Clearing, Inc., a FINRA member that Mr. Goble also controlled, for violations of the federal securities laws.  *See* D.E. 1.

On June 12, 2013, Mr. Goble filed a motion to amend his complaint, which (among other changes) would drop all claims against all of the FINRA Defendants, and they would no longer be parties to this litigation.  *See* D.E. 57.  As Mr. Goble explained in a contemporaneously filed motion to consolidate this case with another pending lawsuit, the proposed amended complaint would "dro[p] FINRA, Ms. Schapiro, [and] Ms. Vogel" as defendants.  D.E. 56, at 3 ¶ 8.

Given the pendency of Mr. Goble's motion to amend, and his decision not to pursue any further claims against FINRA or the other FINRA Defendants, FINRA takes no position on the matters addressed in his case management report.

To the extent that any claims were to be asserted against the FINRA Defendants at a later stage of this litigation, however, FINRA would anticipate filing a motion to dismiss because (among other potential bases for dismissal) all FINRA Defendants are "protected by absolute immunity when they perform their statutorily delegated adjudicatory, regulatory, and prosecutorial functions."  *Weissman v. NASD*, 500 F.3d 1293, 1296 (11th Cir. 2007) (en banc).  If Mr. Goble were to challenge the FINRA Defendants' alleged "referral of exchange members to the SEC and other government agencies for civil enforcement or criminal prosecution under the securities laws," *Standard Inv. Chartered, Inc. v. NASD*, 637 F.3d 112, 116 (2d Cir. 2011)—a quintessentially regulatory function—the absolute immunity doctrine would foreclose his claims.

Dated:   June 27, 2013                                Respectfully submitted,

                                                      /s/  David S. Mandel
                                                      David S. Mandel
OF COUNSEL:                                           Florida Bar No. 38040
Douglas R. Cox                                        MANDEL & MANDEL LLP
Scott P. Martin                                       169 E. Flagler Street
GIBSON, DUNN & CRUTCHER LLP                           Miami, FL  33131
1050 Connecticut Avenue, N.W.                         Telephone:    (305) 374-7771
Washington, D.C.  20036                               Facsimile:    (305) 374-7776
                                                      dmandel@mandel-law.com

*Counsel For Financial Industry Regulatory Authority, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2013, the foregoing Response To Plaintiff's Case Management Report By Financial Industry Regulatory Authority, Inc. was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the parties of record.

                                                      /s/ David S. Mandel