UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CLERK'S MINUTES**
**Telephonic Motions Hearing**

Case Number: 6:10-CV-408-ORL-36KRS
6:11-CV-825-ORL-36KRS

| **FINANCIAL INDUSTRY ASSOCIATION ET AL.** | Plaintiff's Counsel: | Philip Bartlett |
| | | Richard Goble, pro se |
| Plaintiff (s), | | |
| -v- | | |
| **SECURITIES & EXCHANGE COMMISSION, ET AL.** | Defense Counsel: | David Mandel |
| | | Payal Salsburg |
| | | Douglas Cox |
| Defendant(s). | | Richard Dellinger |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Koretta Stanford 407.872.1715 |
|---|---|---|---|
| Courtroom Clerk: | N. L. Leiter | Interpreter: | None |
| Date: | July 2, 2013 | Time: | 11:35 am - 12:00 pm |

Doc. 56 - Motion to Consolidate with case 6:11-cv-825, by Richard Goble. - **GRANTED,** for the reasons stated on the record.

---

Doc. 32 - Motion to Consolidate with case 6:10-cv-408, and revisit the Court's Order entered 5/18/2011, by Richard Goble.-**GRANTED**, for the reasons stated on the record.

---

| | |
|---|---|
| 11:35 am - | Convene |
| | Appearances |
| 11:36 am | Court summarizes the reason for this hearing. |
| 11:37 am | Pro Se Plaintiff Goble as to reason for (2) complaints |
| 11:39 am | Response by defense attorney Richard Dellinger |
| 11:44 am | Court as to duplicate cases |
| 11:46 am | Response by defense attorney Payal Salsburg |
| 11:48 am | Response by defense attorney Douglas Cox |
| 11:49 am | Response by plaintiff attorney Philip Bartlett |
| 11:51 am | Attorney Dellinger responds |
| 11:53 am | Response by Richard Goble |
| 11:55 am | Court will GRANT the motions to consolidate. |
| | Stays ruling in 825 pending ruling on motion for leave to amend. |
| 11:56 am | Response by Richard Goble |
| | Response by attorney Dellinger |
| 11:58 am | Court as to deadlines for service on the 4th amended complaint. |
| | **Court GRANTS the motions to consolidate, with cv-408 to be lead case**. |
| 12:00 pm | Adjourned |