# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RICHARD GOBLE**

**Plaintiff,**

-vs-	Case No. 6:10-cv-408-Orl-36KRS

**UNITED STATES OF AMERICA,
SECURITIES & EXCHANGE
COMMISSION, CARLTON FIELDS, et al.,**

**Defendants.**

_____

## MOTION TO STAY THIS CASE AND THE ORDER TO FILE A NEW MOTION FOR AND AMENDED COMPLAINT AND AN AMENDED COMPLAINT BY OCTOBER 18TH, 2013 UNTIL AFTER THE PENDING APPEAL IS HEARD.

NOTICE IS HEREBY given that the Plaintiff, RICHARD L. GOBLE, Pro Se, in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the October 4th, 2013 Order denying Plaintiff's Motion for an Amended Complaint filed on June 12th, 2013 [DE 70 and DE 57].

The Plaintiff Goble hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the October 4th, 2013 Order denying the Plaintiff's Motion to file a complaint against (1) Receiver Anderson, his law firm, and his attorneys and other agents; and (2) Trustee Gilbert, Carlton Fields (his law firm), and Carlton Field's attorneys and other agents. (3) The Order to not be permitted to litigate under some certain causes of actions and against certain other Defendants.

Since this Courts Order addresses a final question as to which defendants and which causes of actions can be litigated in this case, it will be necessary to stay this case and the pending October 4th Order until the final adjudged rulings can be heard in the U.S. Court of Appeals Court.

Therefore, I respectfully request that this case be stayed until the Court of Appeals has had enough time to hear and decide this matter.

DATED this 11th day of October 15th, 2013.

Respectfully submitted,
/s/ _____ pro se
Richard Goble
1385 West State Road 434 Suite 102
Longwood, Florida 32750
(407) 339-9781

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing on the below service list was furnished via United States first class mail, facsimile, and/or this Court's electronic filing system upon the following interested parties this 14th day of October, 2013:

Respectfully submitted,
/s/ _____ pro se
Richard Goble

**Service List:**

**Robert K. Levenson**
Securities & Exchange Commission
Suite 1800
801 Brickell Ave
Miami, FL 33131

**Bruce William Barnes**
Bruce W. Barnes, PA
Suite 204
100 Main St
Safety Harbor, FL 34695

**David Hywel Leonard**
Carlton Fields, PA
4221 W Boy Scout Blvd - Ste 1000
PO Box 3239
Tampa, FL 33601-3239

**Robert N. Gilbert**
Carlton Fields, PA
Suite 1200
525 Okeechobee Blvd
West Palm Beach, FL 33401

**Keith J. Barnett**
Sutherland, Asbill & Brennan, LLP
Suite 2300
999 Peachtree St NE
Atlanta, GA 30309-3996

**Michael K. Freeman**
Sutherland, Asbill & Brennan, LLP
Suite 2300
999 Peachtree St NE
Atlanta, GA 30309-3996

**Olga Greenberg**
Sutherland, Asbill & Brennan, LLP
Suite 2300
999 Peachtree St NE
Atlanta, GA 30309-3996

**Peter Anderson**
Sutherland, Asbill & Brennan, LLP
Suite 2300
999 Peachtree St NE
Atlanta, GA 30309-3996

**Timothy Ward Pro Se**
208 Debary Dr.
Debary, FL 32713