IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FINANCIAL INDUSTRY ASSOCIATION,
INC., G&G HOLDINGS, INC., RICHARD
GOBLE and THE GOBLE FIRST REVOCABLE
FAMILY TRUST MAY 13, 1999,

    CASE NO. 6:10-CV-00408
    (Consolidated Lead Case)

    Plaintiffs,

    CASE NO. 6:11-CV-00825

vs.

THE UNITED STATES OF AMERICA,
SECURITIES AND EXCHANGE COMMISSION,
SECURITIES INVESTOR PROTECTION CORPORATION,
BRUCE BLATMAN, TIMOTHY WARD,
HENRY LANGE, FINANCIAL INDUSTRY
TECHNICAL SERVICES, INC., and JOHN RIZZO,
JOSEPHINE WANG and CHRISTOPHER LAROSA,

    Defendants.
_____/

## **DEFENDANT BRUCE BLATMAN'S JOINDER IN MOTION TO STAY**

    Defendant, BRUCE BLATMAN, by and through his undersigned counsel, and pursuant to Rule 26 of the Federal Rules of Civil Procedure, hereby joins in Defendants SECURITIES INVESTOR PROTECTION CORPORATION, JOSEPHINE WANG, and CHRISTOPHER LAROSA's Motion to Stay Discovery Pending Court's Ruling on Dispositive Motions and Supporting Memorandum of Law (Doc. 120).

                                             *s/ Bruce W. Barnes*
                                             Bruce W. Barnes
                                             BRUCE W. BARNES, P.A.
                                             100 Main Street, Suite 204
                                             Safety Harbor, FL 34695
                                             (727) 726-1444; Facsimile (727) 726-1814
                                             Primary Email: bwbarnes@tampabay.rr.com
                                             Secondary Email: dmtaylor@tampabay.rr.com
                                             Counsel for Defendant Bruce Blatman
                                             Florida Bar No. 503312

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 13, 2014, I electronically filed the foregoing Defendant Bruce Blatman's Joinder in Motion to Stay with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to: Philip D. Bartlett (phil@pdbartlettlaw.com); Richard Goble (1926media@gmail.com); William F. Jung (wjung@jungandsisco.com; droberts@jungandsisco.com, Backupdocket@yahoo.com); David S. Mandel (dmandel@mandel-law.com, dcox@gibsondunn.com, pcrespo@mandel-law.com, scavanagh@mandel-law.com, smartin@gibsondunn.com), Payal Salsburg (psalsburg@proskauer.com, etorres@proskauer.com, crotondo@proskauer.com, kmolloy@proskauer.com), and Matthew Triggs (mtriggs@proskauer.com, etorres@proskauer.com, crotondo@proskauer.com, mthompson@proskauer.com), Mary Ruth Houston (mhouston@shutts.com, JPaino@shutts.com, GRubin@shutts.com); and to Timothy Ward, 208 Debary Drive, Debary, FL 32713, by United States mail.

                                               *s/ Bruce W. Barnes*
                                               Bruce W. Barnes