IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHARD GOBLE
(ASSIGNEE OF ALL CLAIMS of
NORTH AMERICAN CLEARING, INC. G&G HOLDINGS, INC.
FINANCIAL INDUSTRY ASSOCIATION, INC.
THE GOBLE FAMILY TRUST)

Plaintiff,

vs.

CASE NO. 6:10-CV-408-Orl-KRS
(Consolidated Lead Case)

THE UNITED STATES OF AMERICA,
SECURITIES AND EXCHANGE COMMISSION,

BRUCE B. BLATMAN, and
TIMOTHY J. WARD,

SECURITIES INVESTOR PROTECTION CORPORATION,
JOSEPHINE WANG, and CHRISTOPHER LAROSA,

FINANCIAL INDUSTRY TECHNICAL SERVICES, INC.,
HENRY LANGE, and JOHN RIZZO,

Defendants/

## APPLICATION FOR DEFAULT JUDGMENT

RICHARD GOBLE, ("GOBLE" "Plaintiff" "me", "I", "my") proceeding *pro se* and as assignee of claims and 100% shareholder of the FINANCIAL INDUSTRY ASSOCIATION ("FIA"), G&G HOLDINGS, INC.("G&G"), and THE GOBLE FIRST REVOCABLE FAMILY TRUST MAY 13, 1999 ("Trust") NORTH AMERICAN CLEARING, Inc.("NACI") and (collectively the "Goble Entities") and proceeding derivatively on behalf of the Goble Entities, hereby move this Court for entry of a default judgment as to defendants United State of America ("USA") and the Securities and Exchange Commission (SEC), upon the complaint heretofore filed and served

upon the defendants, in accordance with the provisions of Rule 55(a)(b), Federal Rules of Civil Procedure, and in support thereof shows the Court the following:

> (a) ENTERING A DEFAULT. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

The required affidavit is in Exhibit 1.

1. On December 9, 2013 The Court Ordered Amended Complaint DE 75 went into effect as follows:

> DE 75: ORDER denying 72 Plaintiff Richard Goble's Motion to Stay This Case Pending Appeal. As Goble has been granted ample time to file a renewed motion for leave to file an amended complaint, Goble is hereby granted FOURTEEN (14) days from the date of this Order to file a renewed motion for leave to file an amended complaint, accompanied by a proposed amended complaint which complies with the directives set forth in the Court's October 4, 2013 Order. Failure to file a renewed motion for leave to file an amended complaint, accompanied by a proposed amended complaint, within the time provided in **this Order will result in this case proceeding on the Amended Complaint**. Signed by Judge Charlene Edwards Honeywell on 11/19/2013. (BGS) (Entered: 11/19/2013).

(Underlined emphasis added)

2. Therefore, when this Court denied the motion for a Fifth Amended Complaint, this Court's action pursuant to DE 75, ordered and approved the current Amended Complaint which was served on the United States and SEC well within all parameters of the rules: A copy of said Complaint is attached hereto as Exhibit 3 and is incorporated herein by reference.

> **DE 77:** ORDER denying 76 Motion for Leave to File. Signed by Magistrate Judge Karla R. Spaulding on 12/9/2013. (KKA) (Entered: 12/09/2013);

3. On March 3, 2014, USA was served at the US Attorney's Office Civil Process Clerk 400 W. Washington Street Suite 300 Orlando, Florida 32801and on March 5th, 2014 at Attorney General of the United States 950 Pennsylvania Ave NW Washington, DC 20530, said

Complaint and a Summons in a Civil Action. The SEC was served on March 4th, 2014 at the Securities and Exchange Commission, Service Process Clerk 100 F. Street NE Washington, DC 20549 said Complaint and a Summons in a Civil Action. A copy of the Process Receipt and Return and Summons is attached hereto as Exhibit 2 and is incorporated herein by reference.

4. Local Rules 1.07 states:

> (b) When service of process has been effected but no appearance or response is made within the time and manner provided by Rule 12, Fed.R.Civ.P., the party effecting service shall promptly apply to the Clerk for entry of default pursuant to Rule 55(a), Fed.R.Civ.P., and shall then proceed without delay to apply for a judgment pursuant to Rule 55(b), Fed.R.Civ.P., failing which the case shall be subject to dismissal sixty (60) days after such service without notice and without prejudice; provided, however, such time may be extended by order of the Court on reasonable application with good cause shown.

5. USA and the SEC are required to respond within 60 days under the service rules for a government entity, but never responded. On May 15th, after more than 70 days had elapsed since the service of said Complaint and Summons upon the USA and the SEC yet no answer or notice of appearance ever came. The Plaintiff notified USA in Washington DC and in Orlando but was informed that typically the SEC will prepare a report for the USA to review and then make a determination on how the USA and SEC would answer the Court Ordered Amended Complaint. I was also informed that I must wait for USA's and SEC's response to determined who would be the legal counsel of record. No response ever came from USA and SEC.

6. The USA and SEC have failed to plead or otherwise defend this action, and the plaintiff is entitled to judgment by default against USA and SEC.

7. Pursuant to the provisions of Rule 55(a)(b), Federal Rules of Civil Procedure, this Court is empowered to enter a default judgment against USA and SEC for relief sought by plaintiff in its Amended Complaint, and written notice of this action has been given to USA and SEC as set forth in the attached affidavit.

## PRAYER

WHEREFORE, plaintiff prays that this Court enter a judgment of default against USA and/or SEC, and that USA and/or SEC is adjudged liable for the causes of actions detailed in the Amended Complaint and for $100 million in damages payable to the plaintiff Richard Goble as provided in the proposed Final Judgment filed contemporaneously with this motion.

DATED this 15th day of May, 2014.

Respectfully submitted,

/s/ _____ Pro Se
Richard Goble
1385 West State Road 434 Suite 102
Longwood, Florida 32750
(407) 339-9781

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing on the below service list was furnished via United States first class mail, facsimile, electronic mail, and/or this Court's electronic filing system upon the following interested parties, this 15th day of May, 2014:

Respectfully submitted,

/s/ _____ Pro Se
Richard Goble

**Service List:**

Notice by Certified and Registered Priority US Mail:

Civil Process Clerk
US Attorney Office
400 W. Washington Street Suite 300
Orlando, Florida 32801

Attorney General of the United States
950 Pennsylvania Ave NW
Washington, DC 20530

Securities and Exchange Commission
Service Process Clerk
100 F. Street NE
Washington, DC 20549

Notice has been electronically mailed to:

| | |
|---|---|
| Bruce William Barnes | bwbarnes@tampabay.rr.com, dmtaylor@tampabay.rr.com |
| Mary Ruth Houston | mhouston@shutts.com, jpaino@shutts.com, rsouza@shutts.com, tcasey@shutts.com |
| William F. Jung | wjung@jungandsisco.com, Backupdocket@yahoo.com, droberts@jungandsisco.com |
| Matthew Triggs | mtriggs@proskauer.com, crotondo@proskauer.com, etorres@proskauer.com, mthompson@proskauer.com |
| David S. Mandel | dmandel@mandel-law.com, dcox@gibsondunn.com, smartin@gibsondunn.com, pcrespo@mandel-law.com, scavanagh@mandel-law.com, |
| Glennys Ortega Rubin | grubin@shutts.com, rsouza@shutts.com, tcasey@shutts.com |
| Payal Salsburg | psalsburg@proskauer.com, crotondo@proskauer.com, etorres@proskauer.com, kmolloy@proskauer.com |
| Cathy A. Fleming | cfleming@hodgsonruss.com, apoznanski@hodgsonruss.com |

Mailed to:

Timothy Ward Pro Se
208 Debary Dr.
Debary, FL 32713