IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHARD GOBLE
(ASSIGNEE OF ALL CLAIMS of
NORTH AMERICAN CLEARING, INC. G&G HOLDINGS, INC.
FINANCIAL INDUSTRY ASSOCIATION, INC.
THE GOBLE FAMILY TRUST)

Plaintiff,

CASE NO. 6:10-CV-408-Orl-KRS
(Consolidated Lead Case)

vs.

THE UNITED STATES OF AMERICA,
SECURITIES AND EXCHANGE COMMISSION,

BRUCE B. BLATMAN, and
TIMOTHY J. WARD,

SECURITIES INVESTOR PROTECTION CORPORATION,
JOSEPHINE WANG, and CHRISTOPHER LAROSA,

FINANCIAL INDUSTRY TECHNICAL SERVICES, INC.,
HENRY LANGE, and JOHN RIZZO,

Defendants/

## DEFAULT JUDGMENT

The United States of American and the Securities and Exchange Commission, having failed to appear, plead or otherwise defend in this action, and default having been entered on (_____), and plaintiff having requested judgment against the defaulted defendants and having filed a proper motion and affidavit (declaration) in accordance with Federal Rule of Civil Procedure 55 (a) and (b); Judgment is hereby entered in favor of plaintiff Richard Goble and against defendants Untied States of America and the Securities and Exchange Commission as follows: in the sum of

$100 million dollars as detailed in the served amended complaint plus interest on the judgment at the legal rate until the judgment is satisfied.

                                                                                            _____
                                                                                            Clerk of Court or
                                                                                            District Judge

**Service List:**

Civil Process Clerk
US Attorney Office
400 W. Washington Street Suite 300
Orlando, Florida 32801

Attorney General of the United States
950 Pennsylvania Ave NW
Washington, DC 20530

Securities and Exchange Commission
Service Process Clerk
100 F. Street NE
Washington, DC 20549

Notice has been electronically mailed to:

| | |
|---|---|
| Bruce William Barnes | bwbarnes@tampabay.rr.com, dmtaylor@tampabay.rr.com |
| Mary Ruth Houston | mhouston@shutts.com, jpaino@shutts.com, rsouza@shutts.com, tcasey@shutts.com |
| William F. Jung | wjung@jungandsisco.com, Backupdocket@yahoo.com, droberts@jungandsisco.com |
| Matthew Triggs | mtriggs@proskauer.com, crotondo@proskauer.com, etorres@proskauer.com, mthompson@proskauer.com |
| David S. Mandel | dmandel@mandel-law.com, dcox@gibsondunn.com, smartin@gibsondunn.com, pcrespo@mandel-law.com, scavanagh@mandel-law.com, |
| Glennys Ortega Rubin | grubin@shutts.com, rsouza@shutts.com, tcasey@shutts.com |
| Payal Salsburg | psalsburg@proskauer.com, crotondo@proskauer.com, etorres@proskauer.com, kmolloy@proskauer.com |
| Cathy A. Fleming | cfleming@hodgsonruss.com, apoznanski@hodgsonruss.com |

Mailed to:

Timothy Ward Pro Se
208 Debary Dr.
Debary, FL 32713