# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FINANCIAL INDUSTRY
ASSOCIATION, G&G HOLDINGS, INC.,
RICHARD GOBLE and THE GOBLE
FIRST REVOCABLE FAMILY TRUST
MAY 13, 1999,

                Plaintiffs,

v.                                                  Case No:   6:10-cv-408-Orl-36KRS

FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC., THE DEPOSITORY
TRUST AND CLEARING
CORPORATION, MARY SHAPIRO,
GRACE VOGEL, TIMOTHY WARD,
BRUCE BLATMAN, SAM LUGUE, JR.
and LARRY THOMPSON,

                Defendants.

_____

## ORDER

      This cause came on for consideration without oral argument on the following motions filed

herein:

| MOTION: | DEFENDANTS SECURITIES INVESTOR PROTECTION CORPORATION, JOSEPHINE WANG, AND CHRISTOPHER LAROSAS'S MOTION TO STAY DISCOVERY PENDING COURT'S RULING ON DISPOSITIVE MOTIONS (Doc. No. 120) |
|---|---|
| FILED: | May 9, 2014 |

| MOTION: | DEFENDANT BRUCE BLATMAN'S JOINDER IN MOTION TO STAY (Doc. No. 121) |
|---|---|
| FILED: | May 13, 2014 |

Discovery may not begin in this case unless and until authorized by further order of the Court after consideration of the merits of the above-referenced motions.

**DONE** and **ORDERED** in Orlando, Florida on May 15, 2014.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE