THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHARD GOBLE
(ASSIGNEE OF ALL CLAIMS of
NORTH AMERICAN CLEARING, INC. G&G HOLDINGS, INC.
FINANCIAL INDUSTRY ASSOCIATION, INC.
THE GOBLE FAMILY TRUST)

Plaintiff,

CASE NO. 6:10-CV-408-CEH-KRS
(Consolidated Lead Case)

vs.

THE UNITED STATES OF AMERICA,
SECURITIES AND EXCHANGE COMMISSION,

BRUCE B. BLATMAN, and
TIMOTHY J. WARD,

SECURITIES INVESTOR PROTECTION CORPORATION,
JOSEPHINE WANG, and CHRISTOPHER LAROSA,

FINANCIAL INDUSTRY TECHNICAL SERVICES, INC.,
HENRY LANGE, and JOHN RIZZO,

Defendants/

## ENTRY OF DEFAULT

Having failed to plead or otherwise defend in this action within the proper time under the Federal Rules of Civil procedure, and the Plaintiff having filed a proper application and affidavit (declaration) in accordance with Federal Rule of Civil Procedure 55 (a) and (b), a default is hereby entered against the United States of America and/or the Securities and Exchange Commission in favor of the plaintiff Richard Goble.

Date _____     _____
                                                      Clerk of Court

**Service List:**

Civil Process Clerk
US Attorney Office
400 W. Washington Street Suite 300
Orlando, Florida 32801

Attorney General of the United States
950 Pennsylvania Ave NW
Washington, DC 20530

Securities and Exchange Commission
Service Process Clerk
100 F. Street NE
Washington, DC 20549

Notice has been electronically mailed to:

| | |
|---|---|
| Bruce William Barnes | bwbarnes@tampabay.rr.com, dmtaylor@tampabay.rr.com |
| Mary Ruth Houston | mhouston@shutts.com, jpaino@shutts.com, rsouza@shutts.com, tcasey@shutts.com |
| William F. Jung | wjung@jungandsisco.com, Backupdocket@yahoo.com, droberts@jungandsisco.com |
| Matthew Triggs | mtriggs@proskauer.com, crotondo@proskauer.com, etorres@proskauer.com, mthompson@proskauer.com |
| David S. Mandel | dmandel@mandel-law.com, dcox@gibsondunn.com, smartin@gibsondunn.com, pcrespo@mandel-law.com, scavanagh@mandel-law.com, |
| Glennys Ortega Rubin | grubin@shutts.com, rsouza@shutts.com, tcasey@shutts.com |
| Payal Salsburg | psalsburg@proskauer.com, crotondo@proskauer.com, etorres@proskauer.com, kmolloy@proskauer.com |
| Cathy A. Fleming | cfleming@hodgsonruss.com, apoznanski@hodgsonruss.com |

Mailed to:

Timothy Ward Pro Se
208 Debary Dr.
Debary, FL 32713