UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FINANCIAL INDUSTRY ASSOCIATION,
G&G HOLDINGS, INC., RICHARD GOBLE,
And THE GOBLE FIRST REVOCABLE
FAMILY TRUST MAY 13, 1999,

      Plaintiffs,

v.   Case No. 6:10-cv-408-Orl-36KRS

THE UNITED STATES OF AMERICA,
SECURITIES AND EXCHANGE COMMISION,
SECURITIES INVESTOR PROTECTION
CORPORATION, BRUCE BLATMAN,
TIMOTHY WARD, HENRY LANGE
FINANCIAL INDUSTRY TECHNICAL
SERVICES, INC., JOHN RIZZO,
JOSEPHINE WANG, and CHRISTOPHER
LAROSA,

      Defendants.
_____/

**UNITED STATES OF AMERICA'S MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

COMES NOW the United States of America ("USA"), by and through the undersigned Assistant United States Attorney, and pursuant to Rule 6(b), Fed. R. Civ. P., moves for an enlargement of time to file its response to Plaintiff's First Amended Complaint, and in support thereof submits the following:

## SYNOPSIS

The USA seeks an enlargement of time to respond to Plaintiff's First Amended Complaint ("FAC"), filed in Case No. 6:11-cv-825 on August 18, 2011, and served on the USA on March 3, 2014.[1] If a response is deemed necessary, the USA requests an enlargement of time to and including June 20, 2014, to file its response.

## PROCEDURAL HISTORY

This consolidated case is marred by a complex procedural history that is difficult to follow and hard to understand. Suffice to say that the lead case, 6:10-cv-408-CEH-KRS, was filed on March 16, 2010, and did not name the USA as defendant. The case was voluntarily dismissed against certain defendants on October 6, 2010 (Dkt. 18).

On May 18, 2011, another case was filed, Case No. 6:11-cv-825. The USA was not named as a party. The same day, an amended complaint was filed naming the USA and others as defendants (Dkt. 2). There was no attempt to serve the USA within the parameters of Rule 4(m), Fed. R. Civ. P. By oral Order dated July 2, 2013, the two cases were consolidated with Case 6:10-408 designated as the lead case (Dkt. 66). Over the course of these two cases, it

---

[1] It's not clear, given the procedural history of this case, that there is actually a case pending against the USA or that a response to the FAC is needed. This motion if filed out of an abundance of caution should the court determine that a case is pending against the USA that requires a response.

2

appears that Goble had attempted to amend his complaints at least six times without success.[2]

On July 24, 2013, in case 408 Magistrate Judge Spaulding issued a Report and Recommendation (Dkt. 67) wherein she recommended that Goble's motion to file a fourth amended complaint be denied.  In a well-reasoned and thorough recommendation Judge Spaulding found that Goble was attempting to assert claims "against Defendants who cannot be liable, asserts claims with respect to which there is no private right of action, and, generally, asserts claims that are not based on a plausible theory of relief." *Id*.  Because many of the claims were futile, Judge Spaulding recommended that Goble's motion be denied and that he be granted one final opportunity to file an amended complaint against only individuals and entities subject to liability under governing law based on causes of action on which relief could be granted. *Id*.

At Dkt. 70, the district court adopted the Report and Recommendation and ordered that Goble could seek leave to file an amended complaint within fourteen days complying with the terms and conditions outlined in its Order (Dkt. 70). After attempting an unsuccessful appeal and unsuccessfully seeking to stay the case[3], Goble then attempted to file a fifth and then sixth amended complaint. Each attempt was denied (Dkts. 76, 77, 78, and 79).

---

[2] In case 825 see Docket entries 12, 18, 21, 27, 33. In case 408 see Docket entries 57, 76, 77, 78, and 79.
[3] See Docket entries 71 and 72.

After all this, Goble then served the USA on March 3, 2014, with a summons dated February 24, 2014 and a copy of the First Amended Complaint filed on May 18, 2011, in case 825. The summons listed Civil Action Number 6:10-CV-00408, while the First Amended Complaint listed Case No. 6-11-CV-000825-001.

## **FACTS**

While these consolidated cases have been pending since March 16, 2010, with the filing of the complaint in case 6:10-408 (Dkt. 1), the USA was first notified of these cases on March 3, 2014, when it was served with a summons and a copy of the FAC filed in case 6:11-825. At that time, the summons listed Civil Action Number 6:10-CV-408, while the FAC listed Case No. 6:11-CV-000825-001.

When served, the USA reviewed the docket entries over the previous four years and determined that as a result of the numerous unsuccessful attempts to amend his complaint, the noted deficiencies outlined in the Report and Recommendation and affirming Order, the various orders striking docket entries, and the vacating of various orders and attempts at joinder, no active case was currently pending against the USA.[4] For these reasons, it was determined that no response to the FAC was needed.

---

[4] In addition to the complex procedural history and confusion surrounding the different case numbers listed on the summons and FAC, it appeared that Goble, now proceeding *pro se*, had served the USA with a FAC that had been signed by Philip Bartlett, Esq., who had been terminated from the case on June 10, 2013.

## MEMORANDUM OF LAW

Pursuant to Rule 6(b)(1)(B), Fed. R. Civ. P., the court may extend the time for a response on motion made after the time for response has expired if the party failed to act because of excusable neglect.

Here, if a case is actually pending against the USA requiring a response, the USA's failure to file a response is excusable because of (1) the complex and confusing procedural histories of these consolidated cases, (2) the different case numbers listed on the summons and FAC served on the USA, (3) the length of time between the filing of the FAC (August 18, 2011) and service on the USA (March 3, 2014), (4) the fact that the FAC was signed by an attorney who has been terminated in the case but served by a *pro se* litigant, and (5) Docket entry 18 in Case 6:11-825, striking Plaintiff's Amended Complaint.

WHEREFORE, for the reasons cited above the USA respectfully requests an enlargement of time to respond to Goble's FAC, should a response be deemed necessary, to and including June 20, 2014.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned AUSA hereby certifies that on May 28, 2014, at 9:30 am he telephoned Plaintiff Richard Goble to determine whether Goble would consent or oppose the relief requested in this motion. Goble did not answer and a voicemail was left requesting a return phone call. At the time of filing this motion, no return phone call has been received. The undersigned will supplement this

motion once the position of Plaintiff, with regard to the relief requested herein is determined.

                Respectfully submitted,

                A. LEE BENTLEY, III
                United States Attorney

By:   /s/ Ralph E. Hopkins
      Ralph E. Hopkins
      Assistant United States Attorney
      Florida Bar No. 0972436
      400 W. Washington Street, Suite 3100
      Orlando, Florida  32801
      Telephone:   (407) 648-7500
      Facsimile:    (407) 648-7588
      Email: ralph.hopkins@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 28, 2014, I electronically filed the foregoing United States of America's Motion for Enlargement of Time to Respond to First Amended Complaint using the CM/ECF system.  I further certify that on the same day a copy of the foregoing document and notice of electronic filing was furnished by U.S. mail to the following non-CM/ECF participant:

  Richard Goble, Pro Se
  1385 West S.R. 434, Suite 102
  Longwood, FL 32750

                /s/ Ralph E. Hopkins
                RALPH E. HOPKINS
                Assistant United States Attorney