UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| FINANCIAL INDUSTRY ASSOCIATION, et al. | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | 6:10-cv-408-Orl-36KRS |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, et al. | : : : : | |
| Defendants. | : : | |

RESPONSE TO RICHARD GOBLE'S APPLICATION TO THE CLERK OF
THE COURT FOR ENTRY OF A DEFAULT AGAINST
THE SECURITIES AND EXCHANGE COMMISSION

The Securities and Exchange ("SEC") submits this response to Richard Goble's ("Mr. Goble") application to the Court Clerk for entry of a default against the SEC. For the reasons set forth below, this Court should deny Mr. Goble's application for entry of a default.

On March 16, 2010, Mr. Goble and others filed a complaint against the SEC and other defendants in this case. Document 1. On July 2, 2013, this Court consolidated the present case with another action filed by Mr. Goble and others against the SEC and other defendants. Document 66. This Court subsequently

denied several requests by Mr. Goble to file amended complaints in this case.  See Documents 70, 77, 79.

On October 4, 2013, in an order denying Mr. Goble's motion for leave to file a fourth amended complaint, this Court ruled that "the SEC and its employees are not proper defendants in this case."  Document 70 at 7.  The Court reasoned as follows:

> "Absent a waiver, sovereign immunity shields the Federal Government and its agencies from suit." FDIC v. Meyer, 510 U.S. 471, 474 (1994).  The Federal Tort Claims Act ("FTCA"), 28 U.S.C. 2671 et seq., provides a limited waiver of sovereign immunity for certain tort claims seeking money damages from the United States for the wrongful acts of its employees.  28 U.S.C. 1346(b)(1).  However, the remedies provided under the FTCA are available exclusively against the United States, and not its agencies or employees.  28 U.S.C. 2674, 2679(b)(1).

Id.  This Order effectively dismissed all claims against the SEC in this case.

On March 4, 2014, Mr. Goble served the SEC with documents for the first time in this case, serving the SEC with a complaint from the case that was consolidated with this action (Document 2 (the first amended complaint) from 11-cv-825, M.D.Fla.).  Document 97.  On May 19, Mr. Goble filed the present application seeking a Clerk's default against the SEC "for failure to plead, or otherwise defend against this action in a timely manner."  Document 126 at 1-2.  The SEC did not respond to Mr. Goble's service of the first amended complaint

because the SEC had already been dismissed from this case.

The SEC asserts that this Court should deny the application because the Court has already dismissed Mr. Goble's claims against the SEC ruling that the "SEC and its employees are not proper defendants in this case." Document 70 at 7. Alternatively, this Court should deny the application for the reasons set forth in the United States' response to Mr. Goble's motion for entry of a default against the United States. Document 127 at 4-5. The United States pointed out that Mr. Goble's application fails because Mr. Goble has not filed a claim for a sum certain, a sum cannot be made certain by computation, and Mr. Goble has failed to file an affidavit showing the amount due. See Fed. R. Civ. P. Rule 55(b)(1). The United States also pointed out that Mr. Goble can not establish a claim or right to relief by evidence that would satisfy the Court. See Fed. R. Civ. P. 55(d).

Accordingly, the SEC requests that this Court deny Mr. Goble's application for entry of a default.

        Respectfully submitted,

        <u>/s/ Kevin D. Solonsky</u>
        KEVIN D. SOLONSKY
        Senior Counsel
        D.C. Bar No. 437119

        Securities and Exchange Commission
        100 F Street, N.E.
        Washington, D.C. 20549-9612
        Tel.: (202) 551-5014
        Fax: (202) 772-9263
        solonskykd@sec.gov

Dated:     June 2, 2014

<u>CERTIFICATE OF SERVICE</u>

I, Kevin D. Solonsky, certify that on June 2, 2014, I caused a copy of the SEC's Response to Richard Goble's Application to the Court Clerk for Entry of a Default against the SEC to be served on the person listed below by overnight delivery:

> Richard Goble
> 1385 West State Road 434
> Suite 102
> Longwood, Florida 32750
> (407) 339-9781

> /s/ Kevin D. Solonsky
> KEVIN D. SOLONSKY