# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RICHARD GOBLE, et al.,**

        **Plaintiffs,**

**v.**                               **Case No:   6:10-cv-408-Orl-36KRS**

**BRUCE BLATMAN, et al.,**

        **Defendants.**

_____

## ORDER

    This cause came on for consideration without oral argument on the following motions filed herein:

| MOTION: | DEFENDANTS SECURITIES INVESTOR PROTECTION CORPORATION, JOSEPHINE WANG, AND CHRISTOPHER LAROSAS'S MOTION TO STAY DISCOVERY PENDING COURT'S RULING ON DISPOSITIVE MOTIONS (Doc. No. 120) |
|---|---|
| FILED: | May 9, 2014 |

| MOTION: | DEFENDANT BRUCE BLATMAN'S JOINDER IN MOTION TO STAY (Doc. No. 121) |
|---|---|
| FILED: | May 13, 2014 |

    The above-referenced motions are **GRANTED in part**.  Discovery may not begin in this case until August 1, 2014.  If a further delay in the commencement of discovery is warranted, a party may file a motion requesting such relief on or after July 18, 2014.

    **DONE** and **ORDERED** in Orlando, Florida on June 5, 2014.

                                    *Karla R. Spaulding*
                                  KARLA R. SPAULDING
                        UNITED STATES MAGISTRATE JUDGE