# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FINANCIAL INDUSTRY ASSOCIATION, G&G HOLDINGS, INC., RICHARD GOBLE and THE GOBLE FIRST REVOCABLE FAMILY TRUST MAY 13, 1999,**

      **Plaintiffs,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**Case No:   6:10-cv-408-Orl-36KRS**

**SECURITIES & EXCHANGE COMMISSION, SECURITIES INVESTOR PROTECTION CORPORATION, HENRY LANGE, FINANCIAL INDUSTRY TECHNICAL SERVICES, INC., JOHN RIZZO, JOSEPHINE WANG, CHRISTOPHER LAROSA, UNITED STATES OF AMERICA and BRUCE BLATMAN,**

      **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**　**UNITED STATES OF AMERICA'S MOTION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT (Doc. No. 128)**
>
> **FILED:**　May 28, 2014
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

On July 2, 2013, the Honorable Charlene Edwards Honeywell consolidated the present case with Case No. 6:11-cv-825-Orl-36KRS and designated the present case as the lead case.   Doc. No.

66. On November 19, 2003, Judge Honeywell granted Plaintiff Richard Goble, who is proceeding *pro se*, leave to file a renewed motion to file an amended complaint. She also stated in the order that if Goble did not file a proposed amended complaint in support of the motion that complied with the directives in her order dated October 4, 2013, the case would proceed on the Amended Complaint filed at Doc. No. 2 in Case No. 6:11-cv-825-ORl-36KRS. Doc. No. 75. Subsequently, the Court denied Goble leave to file an amended complaint in the present case. Doc. Nos. 77, 78. As a result, the Amended Complaint filed at Doc. No. 2 in Case No. 6:11-cv-825-ORl-36KRS is the operative complaint in these consolidated cases and will be referred to herein as the "Operative Complaint."

None of the Court's orders denying leave to file amended complaints in the present case addressed the merits of the claims asserted in the Operative Complaint but there was certainly some confusion because of filings in two different cases before the consolidation order was entered. In the above-referenced motion, AUSA Ralph Hopkins, counsel for the United States, states that it was unclear that the United States was required to respond to the Operative Complaint. Doc. No. 128 at 2 n.1. Therefore, the United States seeks an enlargement of time, albeit belatedly, to file a response. I construe the motion to seek leave to file a response on behalf of both the United States and the Securities and Exchange Commission, which is also represented by Attorney Hopkins.

Accordingly, it is **ORDERED** that the United States and the Securities and Exchange Commission shall file a serve a response to the Operative Complaint on or before June 20, 2014.

**DONE** and **ORDERED** in Orlando, Florida on June 12, 2014.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE