UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FINANCIAL INDUSTRY
ASSOCIATION, G&G HOLDINGS,
INC., RICHARD GOBLE and THE
GOBLE FIRST REVOCABLE
FAMILY TRUST MAY 13, 1999,**

   **Plaintiffs,**

v.

             **Case No:  6:10-cv-408-Orl-40KRS
             Consolidated with 6:11-cv-825-Orl-40KRS**

**SECURITIES & EXCHANGE COMMISSION,
FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC., THE DEPOSITORY
TRUST AND CLEARING CORPORATION, et al.**

   **Defendants.**

## ORDER

   This case is before the Court on the Case Management Report (Doc. No. 122) filed by the parties on May 13, 2014.

   The parties are directed to Local Rule 3.05(c)(2)(B), United States District Court, Middle District of Florida (Local Rules), which provide that the Case Management Report shall include: **a date by which the parties have AGREED upon** for pre-discovery disclosures, motions to add parties, disclosure of experts, discovery deadline, dispositive motion deadline, meet in person to prepare joint final pretrial statement, joint final pretrial statement, all other motions, trial term, and additionally, if the case is jury or

1

non-jury. The Case Management Report filed by parties is not in compliance. Accordingly, it is now

**ORDERED:**

The Case Management Report (Doc. No. 122) is **STRICKEN**. The Plaintiffs shall submit an agreed upon, jointly signed **Amended Case Management Report** on or before **July 18, 2014**. Failure to comply with this Order may result in the imposition of appropriate sanctions without further notice.

**DONE and ORDERED** in Orlando, Florida this 8th day of July 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party