UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FINANCIAL INDUSTRY ASSOCIATION,
G&G HOLDINGS, INC., RICHARD GOBLE,
And THE GOBLE FIRST REVOCABLE
FAMILY TRUST MAY 13, 1999,

    Plaintiffs,

v.   Case No. 6:10-cv-408-PGB-KRS

THE UNITED STATES OF AMERICA,
SECURITIES AND EXCHANGE COMMISION,
SECURITIES INVESTOR PROTECTION
CORPORATION, BRUCE BLATMAN,
TIMOTHY WARD, HENRY LANGE
FINANCIAL INDUSTRY TECHNICAL
SERVICES, INC., JOHN RIZZO,
JOSEPHINE WANG, and CHRISTOPHER
LAROSA,

    Defendants.
_____/

## UNITED STATES OF AMERICA'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    1.    Financial Industry Association, Plaintiff;

    2.    G & G Holdings, Inc., Plaintiff;

    3.    The Goble First Revocable Family Trust 5/13/99, Plaintiff;

4. Philip D. Bartlett, Esquire, Counsel for

   Financial Industry Association, G & G Holdings, Inc., and

   The Goble First Revocable Family Trust 5/13/99;

5. Richard Goble, Pro Se Plaintiff;

6. Timothy Ward, Pro Se Defendant;

7. Bruce Blatman, Defendant;

8. Bruce W. Barnes, Esquire, Counsel for Bruce Blatman;

9. Securities & Exchange Commission (SEC), Consol Defendant;

10. Kevin Dean Solonsky, Esquire, Counsel for SEC;

11. A. Lee Bentley, III, United States Attorney;

12. Ralph E. Hopkins, Assistant United States Attorney,

    District Court Counsel for SEC and the United States;

13. Securities Investor Protection Corp., Consol Defendant;

14. Mary Ruth Houston, Esquire, Counsel for

    Securities Investor Protection Corp.;

15. Timothy Ward, Pro Se Consol Defendant;

16. Henry Lange, Consol Defendant;

17. Financial Industry Technical Services, Inc. Consol Defendant;

18. John Rizzo, Consol Defendant;

19. Cathy A. Fleming, Esquire & William F. Jung, Esquire

    Counsel for Henry Lange, Financial Industry Technical Services, Inc.,

    and John Rizzo;

  20. Josephine Wang, Consol Defendant;

  21. Christopher Larosa, Consol Defendant;

  22. Mary Ruth Houston, Esquire, Counsel for Christopher Larosa;

  23. United States of America, Consol Defendant;

  24. Assistant United States Attorney Ralph Hopkins, Counsel for the United States;

  25. Bruce Blatman, Consol Defendant, and;

  26. Bruce Williams, Esquire, Counsel for Bruce Blatman.

 2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

  N/A

 3. the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

  N/A

 4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

  Richard Goble

 I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

        Respectfully submitted,

        A. LEE BENTLEY, III
        United States Attorney

By:   /s/ Ralph E. Hopkins
        RALPH E. HOPKINS
        Assistant United States Attorney
        Florida Bar No. 0972436
        400 West Washington Street, Suite 3100
        Orlando, Florida   32801
        Telephone: (407) 648-7500
        Facsimile: (407) 648-7588
        Email: ralph.hopkins@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on July 17, 2014, I electronically filed the foregoing Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system which will send a notice of filing to all CM-ECF participants.   I further certify that on the same day a copy of the foregoing document and notice of electronic filing was furnished by U.S. mail to the following non-CM/ECF participant:

    Richard Goble, Pro Se
    1385 West S.R. 434, Suite 102
    Longwood, FL 32750

        /s/ Ralph E. Hopkins
        RALPH E. HOPKINS
        Assistant United States Attorney