# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FINANCIAL INDUSTRY ASSOCIATION, G&G HOLDINGS, INC., RICHARD GOBLE and THE GOBLE FIRST REVOCABLE FAMILY TRUST MAY 13, 1999,**

        Plaintiffs,

v.   Case No:   6:10-cv-408-Orl-40KRS

**THE UNITED STATES OF AMERICA, SECURITIES AND EXCHANGE COMMISSION, SECURITIES INVESTOR PROTECTION CORPORATION, BRUCE BLATMAN, TIMOTHY WARD, HENRY LANGE, FINANCIAL INDUSTRY TECHNICAL SERVICES, INC., JOHN RIZZO, JOSEPHINE WANG, and CHRISTOPHER LAROSA,**

        **Defendants.**

## ORDER

The undersigned notes that there was a scrivener's error in the caption of the case in two Reports and Recommendations recently issued (Doc. Nos. 152, 156).  The correct caption of the case under the Operative Complaint is set forth above.  The Reports and Recommendations are, therefore, amended solely to correct the scrivener's error in the caption.  Because the amendment is not substantive, the time to object to the Reports and Recommendations is not extended by this order.

**DONE** and **ORDERED** this 15th day of August, 2014.

                                  *Karla R. Spaulding*
                                  KARLA R. SPAULDING
                           UNITED STATES MAGISTRATE JUDGE

Copies to:
Presiding District Judge
Courtroom Deputy Clerk
Counsel of Record
Unrepresented Parties