# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FINANCIAL INDUSTRY
ASSOCIATION, G&G HOLDINGS, INC.,
RICHARD GOBLE and THE GOBLE
FIRST REVOCABLE FAMILY TRUST
MAY 13, 1999,

    **Plaintiffs,**

v.                  Case No: **6:10-cv-408-Orl-40KRS**

THE UNITED STATES OF AMERICA,
SECURITIES AND EXCHANGE
COMMISSION, SECURITIES
INVESTOR PROTECTION
CORPORATION, BRUCE BLATMAN,
TIMOTHY WARD, HENRY LANGE,
FINANCIAL INDUSTRY TECHNICAL
SERVICES, INC., JOHN RIZZO,
JOSEPHINE WANG, and
CHRISTOPHER LAROSA,

    **Defendants.**

---

## SUPPLEMENTAL BRIEFING ORDER

This matter came before the Court on consideration of Defendants Securities Investor

Protection Corporation ("SIPC"), Josephine Wang and Christopher LaRosa's Motion to Dismiss

Plaintiffs' First Amended Complaint *With Prejudice*.  Doc. No. 110.  In the Operative Complaint,

Case No. 6:11-cv-825-Orl-40KRS, Doc. No. 2, Plaintiffs do not allege a legal basis permitting this

Court to exercise subject-matter jurisdiction over SIPC or its attorneys, Josephine Wang and

Christopher LaRosa (collectively, the "SIPC Defendants").  The SIPC Defendants did not address

the basis of this Court's subject-matter jurisdiction in the above-referenced motion.  In his response

to the motion, Plaintiff Richard Goble, proceeding *pro se*, cites to a statute permitting SIPC to sue

and be sued, but that statute does not address this Court's subject-matter jurisdiction over the claims asserted in the Operative Complaint.

This Court is required to assess whether it has subject matter jurisdiction in every case. *See Univ. of S. Ala. v. Am. Tobacco Co.*, 168 F.3d 405, 410 (11th Cir. 1999).   Accordingly, it is **ORDERED** that, on or before August 28, 2014, the SIPC Defendants and the Plaintiffs shall each file a supplemental memorandum of law, not to exceed five pages in length, addressing the statutory basis under which this Court can exercise subject-matter jurisdiction over the claims in the Operative Complaint asserted against SIPC and Attorneys Wang and LaRosa.

**DONE** and **ORDERED** in Orlando, Florida on August 21, 2014.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE