IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FINANCIAL INDUSTRY ASSOCIATION,
INC., G&G HOLDINGS, INC., RICHARD
GOBLE and THE GOBLE FIRST REVOCABLE
FAMILY TRUST MAY 13, 1999,     CASE NO. 6:10-CV-00408-Orl-40KRS
                               (Consolidated Lead Case)
      Plaintiffs,

                                                          CASE NO. 6:11-CV-00825
vs.

SECURITIES AND EXCHANGE COMMISSION,
SECURITIES INVESTOR PROTECTION
CORPORATION, BRUCE BLATMAN,
TIMOTHY WARD, HENRY LANGE, FINANCIAL
INDUSTRY TECHNICAL SERVICES, INC.,
JOHN RIZZO, JOSEPHINE WANG, and
CHRISTOHER LAROSA,

      Defendants.
_____/

**DEFENDANT BRUCE BLATMAN'S OPPOSITION TO**
**RICHARD GOBLE'S MOTION TO SUBSTITUTE**

Defendant, BRUCE BLATMAN ("Blatman"), by and through his undersigned counsel, files this his Opposition to Richard Goble's Motion to Substitute and states that Blatman opposes Richard Goble's Motion to Substitute.  In doing so, Blatman adopts the arguments raised by Defendants Securities Investor Protection Corporation, Josephine Wang and Christopher LaRosa (the "SPIC Defendants") (to the extent the arguments apply to all Defendants) in their Opposition filed August 21, 2014 (Doc. 160).  For the well-reasoned arguments advanced by the SIPC Defendants, Blatman respectfully requests that Goble's Motion to Substitute be denied.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 25, 2014, I electronically filed the foregoing Defendant Bruce Blatman's Opposition to Richard Goble's Motion to Substitute with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the registered users; and to Timothy Ward, 208 Debary Drive, Debary, FL 32713, by United States mail.

                                                                     *s/ Bruce W. Barnes*
Bruce W. Barnes
BRUCE W. BARNES, P.A.
100 Main Street, Suite 204
Safety Harbor, FL 34695
(727) 726-1444; Facsimile (727) 726-1814
Primary Email: bwbarnes@tampabay.rr.com
Secondary Email: dmtaylor@tampabay.rr.com
Counsel for Defendant Bruce Blatman
Florida Bar No. 503312