UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHARD GOBLE and
(RICHARD GOBLE as
Assignee of all claims of
G&G HOLDINGS, INC.
FINANCIAL INDUSTRY ASSOCIATION, INC.
THE GOBLE FAMILY TRUST)

**Plaintiff,**

CASE NO. 6:10-CV-408-PGB-KRS
(Consolidated Lead Case)

vs.

THE UNITED STATES OF AMERICA,
SECURITIES AND EXCHANGE COMMISSION,

BRUCE B. BLATMAN, and
TIMOTHY J. WARD,

SECURITIES INVESTOR PROTECTION CORPORATION,
JOSEPHINE WANG, and CHRISTOPHER LAROSA,

FINANCIAL INDUSTRY TECHNICAL SERVICES, INC.,
HENRY LANGE, and JOHN RIZZO,

**Defendants/**

## PLAINTIFF'S NOTICE *OF SCRIVENER ERROR* IN DE 153

RICHARD GOBLE, ("GOBLE" "Plaintiff" "me", "I", "my") proceeding *pro se* and as assignee of claims and 100% shareholder of the FINANCIAL INDUSTRY ASSOCIATION ("FIA"), G&G HOLDINGS, INC.("G&G"), and THE GOBLE FIRST REVOCABLE FAMILY TRUST MAY 13, 1999 ("Trust") NORTH AMERICAN CLEARING, Inc.("NACI") and (collectively the "Goble Entities") and proceeding derivatively on behalf of the Goble Entities, hereby files this motion to substitute Richard Goble for G&G Holdings, Inc. and Financial

Industry Association, and the only Trustee of the Goble Family Trust dated May 13th, 1999 as the assignee of their claims.

Fed. R. Civ. P. 25(c) provides, however, that "[i]f an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action . . . ." I file this motion to substitute myself for G&G Holdings, Inc. and Financial Industry Association, and The Goble Family Trust dated May 13th, 1999 as the assignee of all of their claims.

Pursuant to *Ortiz v. State of Florida*, the following scrivener's error correction will correct the local rule requirement of contacting the parties of this case prior to this DE 153 being filed with this Court in an attempt to resolve any conflicts that may be present in the motion for substitution. The error will also correct the signature portion of DE 153.

I have contacted all of the named parties to this complaint and I was not able to resolve any issues concerning this motion. SIPC Group and Blatman are the only parties that have an opposition response motion and the other parties are silent on the motion and the Scrivener error notice.

## Conclusion:

As sole owner and shareholder of G&G Holdings, Inc. and Financial Industry Association, Inc., and the only Trustee of the Goble Family Trust dated May 13th, 1999, I hereby declare that I have transferred all claims arising out of this consolidated Amended Complaint [6:10-cv-408-PGB-KRS] and respectively request that this Court grant this motion.

DATED this 28th, day of August, 2014.

Respectfully submitted,

/s/ _____ Pro Se
Richard Goble
1385 West State Road 434 Suite 102
Longwood, Florida 32750
(407) 339-9781
(And as Assignee of all claims of
G&G Holdings, Inc.
Financial Industry Association, Inc.
The Goble Family Trust)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing on the below service list was furnished via United States first class mail, facsimile, electronic mail, and/or this Court's electronic filing system upon the following interested parties this 28th day of August, 2014:

Respectfully submitted,

/s/ _____ Pro Se
Richard Goble
(And as Assignee of all claims of
G&G Holdings, Inc.
Financial Industry Association, Inc.
The Goble Family Trust)

**Service List:**

Notice has been electronically mailed to:

| | |
|---|---|
| Bruce William Barnes | bwbarnes@tampabay.rr.com, dmtaylor@tampabay.rr.com |
| Cathy A. Fleming | cfleming@hodgsonruss.com, apoznanski@hodgsonruss.com |
| David S. Mandel | dmandel@mandel-law.com, dcox@gibsondunn.com, pcrespo@mandel-law.com, scavanagh@mandel-law.com, smartin@gibsondunn.com |
| Glennys Ortega Rubin | grubin@shutts.com, rsouza@shutts.com, sbeery@shutts.com, sferguson@shutts.com |
| Kevin Dean Solonsky | solonskykd@sec.gov |
| Mary Ruth Houston | mhouston@shutts.com, rsouza@shutts.com, sbeery@shutts.com, sferguson@shutts.com |
| Matthew Triggs | mtriggs@proskauer.com, crotondo@proskauer.com, etorres@proskauer.com, |

|                      |                                                                              |
|----------------------|------------------------------------------------------------------------------|
| Payal Salsburg       | mthompson@proskauer.com                                                      |
|                      | psalsburg@proskauer.com, crotondo@proskauer.com, etorres@proskauer.com,      |
|                      | kmolloy@proskauer.com                                                        |
| Ralph E. Hopkins     | ralph.hopkins@usdoj.gov, orldocket.mailbox@usdoj.gov, usaflm.orl_ecf@usdoj.gov |
| William F. Jung      | wjung@jungandsisco.com, Backupdocket@yahoo.com, droberts@jungandsisco.com    |

Mailed to:

Timothy Ward Pro Se
208 Debary Dr.
Debary, FL 32713