# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FINANCIAL INDUSTRY ASSOCIATION, G&G HOLDINGS, INC., RICHARD GOBLE and THE GOBLE FIRST REVOCABLE FAMILY TRUST MAY 13, 1999,

        Plaintiffs,

v.          Case No: 6:10-cv-408-Orl-40KRS

THE UNITED STATES OF AMERICA, SECURITIES AND EXCHANGE COMMISSION, SECURITIES INVESTOR PROTECTION CORPORATION, BRUCE BLATMAN, TIMOTHY WARD, HENRY LANGE, FINANCIAL INDUSTRY TECHNICAL SERVICES, INC., JOHN RIZZO, JOSEPHINE WANG, and CHRISTOPHER LAROSA,

        Defendants.

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO SUBSTITUTE RICHARD GOBLE FOR G&G HOLDINGS, INC. AND FINANCIAL INDUSTRY ASSOCIATION, AND THE ONLY TRUSTEE OF THE GOBLE FAMILY TRUST DATED MAY 13TH, 1999 AS THE ASSIGNEE OF THEIR CLAIMS IN THE CONSOLIDATED COMPLAINT 6:10-cv-408-PGB-KRS   (Doc. No. 153)
>
> **FILED:** August 14, 2014
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

- 2 -

Plaintiff Richard Goble, proceeding *pro se*, asks that the Court substitute him as the assignee of the claims of Plaintiffs G&G Holdings, Inc. ("G&G"), Financial Industry Association, Inc. ("FIA") and the Goble Family Trust ("Trust") pursuant to Fed. R. Civ. P. 25. Goble represents that he is the 100% shareholder of G&G and FIA and the only Trustee of the Trust, and that he assigned the claims of these entities to himself. He did not support the motion with evidence of such assignments, and he did not provide a memorandum of law establishing that the sole shareholder of a corporation has the right to assign the claims of the corporation, or that the Trustee of a Trust has the right to assign the claims of the Trust. Therefore, the motion is not sufficient to grant the relief requested.

**DONE** and **ORDERED** in Orlando, Florida on September 3, 2014.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE