Reserve Comp

| 5/28/2008 | | For 5/28/2008 | | For 5/20/2008 | |
|---|---|---|---|---|---|
| Customer Debits - Type 2 | $ | 16,998,485.07 | $ | 16,627,697.87 | |
| Less: unsecured debits | $ | (67,242.04) | $ | (67,242.04) | |
| Less: unsecured debits partially secured | $ | (58,549.31) | $ | (58,549.31) | |
| Less: undue concentration debits | | | | | |
| Subtotal: | | | | | |
| Other Debits | $ | 950,919.49 | $ | 931,198.96 | |
| Less: debits exceeding 25% of Tentative Net Cap | | | | | |
| Total customer debits | $ | 17,823,613.21 | $ | 17,433,103.48 | |
| | | | | | |
| Customer Free Credits | | | $ | 19,069,586.51 | $ 20,467,178.45 |
| Loans secured by Customer Securities | | | $ | 15,455,000.00 | $ 18,825,870.50 |
| Required Option Equity - Penson | $ | 128,684.06 | | $ 493,397.00 | |
| Required Option Equity - Lek Financial | $ | 1,008,648.74 | | $ 1,008,648.74 | |
| LEK Stk Pledged | | | $ | 981,405.99 | $ 981,405.99 |
| Penson Stk Pledged | | | $ | 15,600.00 | $ 15,600.00 |
| Out of bal | | | $ | 56,009.98 | $ 56,009.98 |
| 010900(1)(2)(7) US Bank (0979) (1872) (7648) cr bal | | | $ | 3,657,348.74 | |
| 000587-0 & 000585-0 Settlement Wash Bank | | | | | |
| settlement account & control conversion | | | $ | - | $ - |
| 120 - Journal Wash Bank | | | $ | - | $ - |
| 00135-0 DTC Dividend Wash bank | | | $ | 3,978.49 | $ 1,453.48 |
| 000570-0 Mutual Fund Wash Bank | | | $ | - | $ - |
| 00146-0 Bond Interest Suspense | | | $ | 194,484.60 | $ 194,484.60 |
| Aged DTC breaks | | | $ | 14,943.37 | $ 14,943.37 |
| 0109002 US Bank (1872) Settlement | | | | | |
| Wachovia Cust Acct | | | | | |
| North Fork Bank Cust Acct | | | | | |
| Chase Customer Cust Acct | | | | | |
| Washington Federal Bank Cust Acct | | | | | |
| 000990-0 Tefra withholding | | | $ | 48,048.71 | $ 59,625.98 |
| 220-0 Div/Int Payable | | | $ | - | $ - |
| 0113 Dealer Payables | | | $ | - | $ - |
| 920002490 CNS Compared | $ | - | $ | 778,244.05 | $ 556,235.66 |
| 00114** Fails to Deliver < 30 Days Old | $ | 147,170.30 | $ | 132,586.75 | |
| 00114** Fails to Rec | | | $ | 553,963.23 | $ 553,963.23 |
| 0114** Stock Borrowed | $ | 186,100.00 | $ | 524,500.00 | |
| Customer Short sales | | | $ | 505,308.07 | $ 680,231.18 |
| | $ | 422,304.08 | | | |

Transfers over 40 days

| | | | | | |
|---|---|---|---|---|---|
| Sub Total of Debits | $ | 19,716,820.39 | $ | 20,370,480.02 | |
| Less excess margin debits 15%> concentration | | | | | |
| Total Debits | $ | 19,716,820.39 | $ | 20,370,480.02 | |
| Less: 3% of total debits (Rule 15c3-1(f)(5)(i)) | $ | (591,504.61) | $ | (611,114.40) | |
| Total debits after debit balance deduction | $ | 19,125,315.78 | $ | 19,759,365.62 | |
| Total credits | | | $ | 40,553,677.69 | $ 42,407,002.42 |
| Total debits after 3% debit deduction | | | | | |
| Total credits | | | | | |
| (Excess debits over credits) | $ | (21,428,361.91) | $ | (22,647,636.80) | |
| Deposit requirement | $ | 21,428,361.91 | $ | 22,647,636.80 | |
| Money in Special Reserve Acct. | $ | 21,410,233.05 | $ | 21,198,551.05 | |
| Deposit requirement | $ | 18,128.86 | $ | 1,449,085.75 | |
| Deposit withdrawal | $ | - | $ | - | |
| Special Reserve Account Funds: | | | | | |
| Deposit in Special Reserve Acct.-cash | $ | 21,410,233.05 | $ | 21,198,551.05 | |
| Firm deposit in Special Reserve Acct. T-bills | | | | | |
| Amount on deposit in Special Reserve Acct. | | | | | |
| Amount after withdrawal | | | | | |
| Amount required | | | | | |
| | | | | | |
| 0109005 Firm deposit in EBOC-cash | $ | 21,410,233.05 | $ | 21,198,551.05 | |
| Firm deposit in EBOC-T-bills | | | | | |
| | | | | | |
| Total of deposit items | $ | 21,410,233.05 | $ | 21,198,551.05 | |
| 1% T-bill haircut | | | | | |
| Total after haircuts | | | | | |
| | | | | | |
| Over 30 Fails to Deliver = | $ | 54,439.22 | $ | 69,022.77 | |

Deposit (Withdrawal) Made:

Restricted Funds not included in Credits: