THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHARD GOBLE and
(RICHARD GOBLE as
Assignee of all claims of
G&G HOLDINGS, INC.
FINANCIAL INDUSTRY ASSOCIATION, INC.
THE GOBLE FAMILY TRUST)

**Plaintiff,**

CASE NO. 6:10-CV-408-PGB-KRS
(Consolidated Lead Case)

vs.

THE UNITED STATES OF AMERICA,
SECURITIES AND EXCHANGE COMMISSION,

BRUCE B. BLATMAN, and
TIMOTHY J. WARD,

SECURITIES INVESTOR PROTECTION CORPORATION,
JOSEPHINE WANG, and CHRISTOPHER LAROSA,

FINANCIAL INDUSTRY TECHNICAL SERVICES, INC.,
HENRY LANGE, and JOHN RIZZO,

**Defendants/**

## VERIFICATION

STATE OF FLORIDA
COUNTY OF _Seminole_

    Before me, the undersigned authority, personally appeared, Richard Goble, who first being duly sworn, says that he: (1) is the sole interested Plaintiff in the above-styled proceeding; (2) has read the foregoing motion for relief from the SIPA Application Order and has personal knowledge of the facts and matters therein set forth and alleged; and (3) is the sole shareholder and the only investor in North American Clearing, Inc. G&G Holdings, Inc. Financial Industry Association, Inc. the Sole Trustee of the Goble Family Trust, (4) that I have the full power and authority from all of these named entities to proceed pro se as assignee of all claims, (5) there is/are no other person(s) that is interested in these claims and that I am truly the only person that is interested in these claims (6) under the penalties of perjury, hereby swears and affirms that the forgoing is true and correct.

_____
Signature

Richard Goble
Printed Name

The forgoing was acknowledged before me this _8_ day of _September_, 2014, by ___Richard Goble_____, who produced _Personally Known_ as identification, and who did/did not take an oath.

Notary Public State of Florida
Nelsa Rivera
My Commission EE 829351
Expires 08/23/2016

_Nelsa Rivera_
Notary Public
My Commission Expires: