# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FINANCIAL INDUSTRY
ASSOCIATION, G&G HOLDINGS, INC.,
RICHARD GOBLE and THE GOBLE
FIRST REVOCABLE FAMILY TRUST
MAY 13, 1999,**

        **Plaintiffs,**

**v.**                                                                    **Case No:   6:10-cv-408-Orl-40KRS**

**THE UNITED STATES OF AMERICA,
SECURITIES AND EXCHANGE
COMMISSION, SECURITIES
INVESTOR PROTECTION
CORPORATION, BRUCE BLATMAN,
TIMOTHY WARD, HENRY LANGE,
FINANCIAL INDUSTRY TECHNICAL
SERVICES, INC., JOHN RIZZO,
JOSEPHINE WANG, and
CHRISTOPHER LAROSA,**

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **VERIFIED MOTION FOR AN ORDER GRANTING RELIEF FROM THE SIPA PETITION ORDER AND/OR FOR AN ORDER FOR SIPC TO SHOW CAUSE WHY THE SIPA PETITION ORDER SHOULD NOT BE REVERSED (Doc. No. 176)**
>
> **FILED:**     September 8, 2014
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

- 2 -

This is not the proper case in which to seek relief from a petition and an order filed in the *SEC Case*, 6:08-cv-829-Orl-35KRS.

**DONE** and **ORDERED** in Orlando, Florida on September 10, 2014.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

- 2 -

This is not the proper case in which to seek relief from a petition and an order filed in the *SEC Case*, 6:08-cv-829-Orl-35KRS.

**DONE** and **ORDERED** in Orlando, Florida on September 10, 2014.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE