# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RICHARD GOBLE and
(RICHARD GOBLE as
Assignee of all claims of
G&G HOLDINGS, INC.
FINANCIAL INDUSTRY ASSOCIATION, INC.
THE GOBLE FAMILY TRUST)

**Plaintiff,**

CASE NO. 6:10-CV-408-PGB-KRS
(Consolidated Lead Case)

vs.

THE UNITED STATES OF AMERICA,
SECURITIES AND EXCHANGE COMMISSION,

BRUCE B. BLATMAN, and
TIMOTHY J. WARD,

SECURITIES INVESTOR PROTECTION CORPORATION,
JOSEPHINE WANG, and CHRISTOPHER LAROSA,

FINANCIAL INDUSTRY TECHNICAL SERVICES, INC.,
HENRY LANGE, and JOHN RIZZO,

_____

## PLAINTIFF RICHARD GOBLE'S RESPONSE AND OBJECTION TO THE REPORT AND RECOMMENDATION [DE 167]

1. RICHARD GOBLE, ("GOBLE" "Plaintiff" "me", "I", "my", "assignee", "creditor") proceeding *pro se* and as assignee of all claims and 100% shareholder, the only investor, and the only creditor of the FINANCIAL INDUSTRY ASSOCIATION ("FIA"), G&G HOLDINGS, INC.("G&G"), and THE GOBLE FIRST REVOCABLE FAMILY TRUST MAY 13, 1999 ("Trust"), and NORTH AMERICAN CLEARING, Inc. ("NACI") and (collectively the "Goble Entities") and proceeding derivatively on behalf of the Goble Entities, hereby files this response

and objections to the Honorable Magistrate Judge Karla Spaulding's recommendation that all claims against Bruce Blatman and Timothy Ward be dismissed without prejudice to be filed in Florida State Court.

## Brief Background

2. Ward motioned for a stay and this Court granted a stay in this case that lasted over three years [DE 15 and DE 19]. After this Court and the US Court of Appeals found that I had not violated any major rules and ordered no sanctions and no fines, acting pro se I motioned for this Court to lift the stay in 6:11-CV-825 for all Plaintiff's including FIA, G&G Holdings, and The Goble Family Trust. This Court granted this motion for not only 6:11-CV-825 but also for 6:10-CV-408 respectively:

| 05/24/2013 | 19 | MOTION to remove stay concerning this case {re 8 Order} file pro se by Richard Goble. (MAA) (Entered: 05/24/2013) |
| 06/06/2013 | 26 | ORDER granting 19 Motion to Remove the Stay Concerning This Case. The stay is lifted. The Clerk is directed to reopen this case. Signed by Judge Charlene Edwards Honeywell on 6/6/2013. (BGS) (Entered: 06/06/2013) |
| 06/06/2013 | 48 | ORDER lifting stay. The Clerk is directed to reopen this case. Signed by Judge Charlene Edwards Honeywell on 6/6/2013. (BGS) (Entered: 06/06/2013) |

3. Then this Court ordered that 6:11-CV-825 and 6:10-CV-408 be combined in a hearing on the motion for consolidation, filed pro se by me:

| 07/02/2013 | 66 | ORAL ORDER GRANTING, for the reasons stated on the record, 56 Motion to Consolidate this Case with 6:11cv825. 6:10-cv-408-Orl-36KRS is designated the LEAD CASE. Signed by Judge Charlene Edwards Honeywell on 7/2/2013. (NBL) Modified on 7/3/2013 (NBL). (Entered: 07/02/2013) |

4. The problems started when the filed consolidated amended complaints that were submitted to this Court were not approved by this Court therefore, the Honorable Judge Karla Spaulding issued her first Report and Recommendations.

5. In this first Report and Recommendation, which was fully adopted by this Court, this Court ruled that Blatman, and Ward, and USA, under FTCA, and SIPC, can be held liable. The Report also stated that I am not to name the following Defendants:

> "Specifically, I recommend that the Court find that Goble may not name any of the following as Defendants in the amended complaint: (1) the SEC and its attorneys and other agents;
> (2) the Trustee, his attorneys and other agents; and, (3) the Receiver, his attorneys and other agents."

6. It was clear in the first R&R, fully endorsed by this Court, that I could name SIPC, USA for FTCA, and Blatman, and Ward.

7. This Court then constructively dismiss this entire case when this Court ordered that I fully comply with the first R&R, or the case will be dismissed [DE 70]. This was an impossible task to complete in only 14 days, therefore there was no question that this case was dismissed:

| 10/04/2013 | 70 | ORDER adopting 67 Report and Recommendation of the Magistrate Judge. Goble's Motion for Leave to File Fourth Amended Complaint 57 is DENIED without prejudice. Within FOURTEEN (14) DAYS of the date of this Order, Goble may file a renewed motion for leave to file an amended complaint, accompanied by a proposed amended complaint which corrects the deficiencies identified in this Order and the Report and Recommendation and which complies with the parameters set forth below. Based on the facts asserted in the proposed Fourth Amended Complaint, Goble is hereby PROHIBITED from naming any of the following defendants in the proposed amended complaint: (1) the SEC and its employees, as to FTCA claims; (2) Receiver Anderson, his law firm, and his attorneys and other agents; and (3) Trustee Gilbert, his law firm, and his attorneys and other agents. Based on the facts asserted in the proposed Fourth Amended Complaint, Goble is hereby PROHIBITED from asserting causes of action for: (1) bankruptcy fraud; (2) aiding and abetting bankruptcy fraud; (3) violation of 11 U.S.C. Section 523; and (4) legal malpractice against any Defendant with whom there is no privity of contract. Goble may assert tort claims against the United States only to the extent it has waived sovereign immunity. The proposed amended complaint must identify what each defendant did that could plausibly make it liable for the corresponding claim, and each count must clearly identify a cause of action recognized under governing law. Failure to file a renewed motion for leave to file an amended complaint, accompanied by a proposed amended complaint, within the time provided in this Order will result in the dismissal of this action without further notice. Signed by Judge Charlene Edwards Honeywell on 10/4/2013. (BGS) (Entered: 10/04/2013) |

8. Therefore on October 16th, 2013, I filed a Notice of Appeal and filed a brief with the Eleventh Circuit US Court of Appeals:

| 10/16/2013 | 71 | NOTICE OF APPEAL as to 70 Order Adopting Report and Recommendations by Richard Goble. Filing fee $ 455, receipt number ORL-28985. (MAA) (Entered: 10/18/2013) |

9. More than a month later, this Court then ordered that the jurisdiction for this case is to remain with this Court and that I am now required to serve this instant case in its present form unless somehow I could file an Amended Complaint agreeable to this Court:

| 11/19/2013 | 75 | ORDER denying 72 Plaintiff Richard Goble's Motion to Stay This Case Pending Appeal. As Goble has been granted ample time to file a renewed motion for leave to file an amended complaint, Goble is hereby granted FOURTEEN (14) days from the date of this Order to file a renewed motion for leave to file an amended complaint, accompanied by a proposed amended complaint which complies with the directives set forth in the Court's October 4, 2013 Order. Failure to file a renewed motion for leave to file an amended complaint, accompanied by a proposed amended complaint, within the time provided in this Order will result in this case proceeding on the Amended Complaint. Signed by Judge Charlene Edwards Honeywell on 11/19/2013. (BGS) (Entered: 11/19/2013) |

10. The US Court of Appeals then denied my appeal of DE 70 [DE 111], since this case was now continuing under DE 75 as stated above.

11. I then paid for and issued all of the required summonses, on a pro-se basis, and have complied with all of the requirements necessary to prosecute this Court Ordered Amended Complaint.

12. A verified motion to vacate the materially false SIPA Petition or show cause on why the SIPA Petition should not be vacated, has been filed in the originating case 6:08-CV-829. [Please see Exhibit 1]

## Analysis

13. Blatman and Ward are being sued for many causes that involve a Federal question and their responsibilities to follow SEC rules and regulations and their failure to follow these rules.

14. Therefore even if Ward and Blatman stand alone in this case, we still have the matter of the Federal questions and Blatman's and Ward's responsibilities concerning these Federal questions that resulted in extreme harm to the Plaintiff.

15. The Parties already have submitted everything, including expert reports, and discovery ends in less than two weeks, October 1st, 2014. There is no reason to start over again in another Court and require me to pay another $450.00 to file this claim again, and to require all parties to process through expert reports and discovery again. Blatman would have to pay legal fees again to start from the beginning as well.

16. We have everything we need to proceed to trial and we could even start the trial docket schedule much sooner. To move to another Court now would greatly prejudice me.

17. The following are the five counts charged against Blatman and Ward contained in the Court Ordered Amended Complaint:

>Count I- Negligence
>Count II- Gross Negligence
>Count III- Abuse of Process
>Count IV- Civil Conspiracy
>Count V- Conversion

18. The legal standard to be applied in considering a motion to dismiss is well settled. A claimant is only required to set forth a short and plain statement that gives the defendants fair notice of what the claim is and the grounds on which it rests. Fed. R. Civ. P. 8;1 Fuller v. Johannessen (In re Johannessen), 76 F.3d 347, 349 (11th Cir. 1996). The Court must accept the allegations of the complaint as true and must construe all facts alleged in the light most favorable

to the plaintiff. Id.

19. There is no question that I have a valid claim against Blatman and Ward and that switching forums at this stage of the claim and only after discovery had ended, will not serve to help any party.

## Conclusion

The Parties already have submitted everything, including expert reports, and discovery ends in less than two weeks, October 1st, 2014. There is no reason to start over again in another Court and require me to pay another $450.00 to file a new claim, and to require all parties to process through expert reports and discovery again.

We have everything we need to proceed to trial and we could even start the trial docket schedule much sooner. To move to another Court now, would greatly prejudice me with court costs and extensive time and Blatman with additional legal fees. Therefore, I respectfully request that this Court sustain my objection to the Honorable Judge Karla Spaulding's Report and Recommendation and that Blatman and Wards motion to be denied. I respectfully reserve my right to appeal any decision from the first and second Report and Recommendation and all prior pleadings, responses, reports, motions, and appeals already filed in this matter.

From the beginning, I did not know that when a party is dismissed from a complaint that the time to file an appeal is tolled until the end of the case. Therefore, it was not necessary for me to file the first appeal in order to avoid not meeting any appeal deadlines. In addition, it was impossible for me to file a new Amended Complaint, with in fourteen days, to comply with this Court's order [DE70]. Also, the subsequent Court Ordered Operative Amended Complaint included parties that the first report and recommendation ordered not to be named. This was frankly very confusing me.

If this Court deems it necessary and is gracious enough to grant me another opportunity to amend the complaint in order to comply with the four recent reports and recommendations submitted by the Honorable Judge Spaulding, I will attempt to file a consolidated amended complaint that will to conform to this Court's Orders.

DATED this 17th day of September, 2014.

Respectfully submitted,

/s/ _____ Pro Se
Richard Goble
1385 West State Road 434 Suite 102
Longwood, Florida 32750
(407) 339-9781
(Assignee of all Plaintiffs' Claims, Creditor)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing on the below service list was furnished via United States first class mail, facsimile, and/or this Court's electronic filing system upon the following interested parties this 17th day of September, 2014:

Respectfully submitted,

/s/ _____ Pro Se
Richard Goble
(Assignee of all Plaintiffs' Claims, Creditor)

**Service List:**

Notice has been electronically mailed to:

| | |
|---|---|
| Bruce William Barnes | bwbarnes@tampabay.rr.com, dmtaylor@tampabay.rr.com |
| Cathy A. Fleming | cfleming@hodgsonruss.com, apoznanski@hodgsonruss.com |
| David S. Mandel | dmandel@mandel-law.com, dcox@gibsondunn.com, |
| | pcrespo@mandel-law.com, scavanagh@mandel-law.com, |

| | |
|---|---|
| | smartin@gibsondunn.com |
| Glennys Ortega Rubin | grubin@shutts.com, rsouza@shutts.com, sbeery@shutts.com, sferguson@shutts.com |
| Kevin Dean Solonsky | solonskykd@sec.gov |
| Mary Ruth Houston | mhouston@shutts.com, rsouza@shutts.com, sbeery@shutts.com, sferguson@shutts.com |
| Matthew Triggs | mtriggs@proskauer.com, crotondo@proskauer.com, etorres@proskauer.com, mthompson@proskauer.com |
| Payal Salsburg | psalsburg@proskauer.com, crotondo@proskauer.com, etorres@proskauer.com, kmolloy@proskauer.com |
| Ralph E. Hopkins | ralph.hopkins@usdoj.gov, orldocket.mailbox@usdoj.gov, usaflm.orl_ecf@usdoj.gov |
| William F. Jung | wjung@jungandsisco.com, Backupdocket@yahoo.com, droberts@jungandsisco.com |

Timothy Ward  Pro Se
208 Debary Dr.
Debary, FL 32713