IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FINANCIAL INDUSTRY ASSOCIATION,
INC., G&G HOLDINGS, INC., RICHARD
GOBLE and THE GOBLE FIRST REVOCABLE
FAMILY TRUST MAY 13, 1999,

    CASE NO. 6:10-CV-00408
    (Consolidated Lead Case)

    Plaintiffs,

    CASE NO. 6:11-CV-00825

vs.

THE UNITED STATES OF AMERICA,
SECURITIES AND EXCHANGE COMMISSION,
SECURITIES INVESTOR PROTECTION CORPORATION,
BRUCE BLATMAN, TIMOTHY WARD,
HENRY LANGE, FINANCIAL INDUSTRY
TECHNICAL SERVICES, INC., and JOHN RIZZO,
JOSEPHINE WANG and CHRISTOPHER LAROSA,

    Defendants.
_____/

**DEFENDANT BRUCE BLATMAN'S JOINDER
IN MOTION TO EXTEND IMPENDING DEADLINES**

    Defendant, BRUCE BLATMAN, by and through his undersigned counsel, files this his Joinder in the Motion to Extend Impending Deadlines Under Case Management Order (Doc. 145) and Memorandum of Law filed by Defendants SECURITIES INVESTOR PROTECTION CORPORATION, JOSEPHINE WANG, and CHRISTOPHER LAROSA (Doc. 188).

    *s/ Bruce W. Barnes*
    Bruce W. Barnes
    BRUCE W. BARNES, P.A.
    100 Main Street, Suite 204
    Safety Harbor, FL 34695
    (727) 726-1444; Facsimile (727) 726-1814
    Primary Email: bwbarnes@tampabay.rr.com
    Secondary Email: dmtaylor@tampabay.rr.com
    Counsel for Defendant Bruce Blatman
    Florida Bar No. 503312

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 29, 2014, I electronically filed the foregoing Defendant Bruce Blatman's Joinder in Motion to Extend Impending Deadlines with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to: Philip D. Bartlett (phil@pdbartlettlaw.com); Richard Goble (1926media@gmail.com); William F. Jung (wjung@jungandsisco.com; droberts@jungandsisco.com, Backupdocket@yahoo.com); David S. Mandel (dmandel@mandel-law.com, dcox@gibsondunn.com, pcrespo@mandel-law.com, scavanagh@mandel-law.com, smartin@gibsondunn.com), Payal Salsburg (psalsburg@proskauer.com, etorres@proskauer.com, crotondo@proskauer.com, kmolloy@proskauer.com), and Matthew Triggs (mtriggs@proskauer.com, etorres@proskauer.com, crotondo@proskauer.com, mthompson@proskauer.com), Mary Ruth Houston (mhouston@shutts.com, GRubin@shutts.com); and to Timothy Ward, 208 Debary Drive, Debary, FL 32713, by United States mail.

      *s/ Bruce W. Barnes*
      Bruce W. Barnes