# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RICHARD GOBLE**

**Plaintiff,**

-vs-   Case No. 6:10-cv-408-Orl-36KRS

**UNITED STATES OF AMERICA,
SECURITIES & EXCHANGE
COMMISSION, CARLTON FIELDS, et al.,**

**Defendants.**

_____

## NOTICE OF APPEAL

NOTICE IS HEREBY given that the Plaintiff, RICHARD L. GOBLE, Pro Se, in the above named case, hereby respectfully appeals to the United States Court of Appeals for the Eleventh Circuit from the December 12th, 2014 Order Dismissing and Closing the Court Directed Amended Complaint [DE194] and [Exhibit A].

In addition, the Plaintiff respectfully appeals the following related Orders:

| | |
|---|---|
| DE 51 June 7th, 2014 | Case Management Report Order [Exhibit B]; |
| DE 70 October 4th, 2013 | Order Denying Motion for the Fourth Amended Complaint [Exhibit C]; |
| DE 75 November 19th, 2014 | Order Directing the Dismissed Complaint [DE 194] to be the Operative Complaint [Exhibit D]; |
| DE 77 December 2013 | Order Denying Motion for Fifth Amended Complaint [Exhibit F]; |
| DE 79 February 19th, 2014 | Order Denying Motion for Six Amended Complaint [Exhibit M] |
| DE 125 May 16th, 2014 | Order Denying Motion for Default Judgment against USA/SEC [Exhibit G]; |
| DE 137 July 8th, 2014 | Order Striking Agreed Case Management Report [Exhibit H]; |
| DE 142 July 18th, 2014 | Case Management and Scheduling Order [Exhibit I]; |
| DE 175 September 3rd, 2014 | Order Denying Motion for Substitution [Exhibit J]; |

1

| | |
|---|---|
| 6:12-cv-1125-Orl-37GJK DE 4 | Order Dismissing and Order Filing Complaint with 6:11-cv-825-Orl-CEH-KRS which was then consolidated into this instant case. [Exhibit K]; |
| 6:12-cv-807-Orl-22GJK DE 4 | Order Dismissing Complaint Designating 6:11-cv-825-Orl-KRS as the Operative complaint, which was then consolidated into this instant case. [Exhibit L] |

DATED this 15th day of December, 2014.

Respectfully submitted,
/s/ _____ pro se
Richard Goble
1385 West State Road 434 Suite 102
Longwood, Florida 32750
(407) 339-9781

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing on the below service list was furnished via United States first class mail, facsimile, and/or this Court's electronic filing system upon the following interested parties this 15th day of December, 2014:

Respectfully submitted,
/s/ _____ pro se
Richard Goble

**Service List:**

Notice has been electronically mailed to:

| | |
|---|---|
| Bruce William Barnes | bwbarnes@tampabay.rr.com, dmtaylor@tampabay.rr.com |
| Cathy A. Fleming | cfleming@hodgsonruss.com, apoznanski@hodgsonruss.com |
| David S. Mandel | dmandel@mandel-law.com, dcox@gibsondunn.com, pcrespo@mandel-law.com, scavanagh@mandel-law.com, smartin@gibsondunn.com |
| Glennys Ortega Rubin | grubin@shutts.com, rsouza@shutts.com, sbeery@shutts.com, sferguson@shutts.com |
| Kevin Dean Solonsky | solonskykd@sec.gov |
| Mary Ruth Houston | mhouston@shutts.com, rsouza@shutts.com, sbeery@shutts.com, sferguson@shutts.com |
| Matthew Triggs | mtriggs@proskauer.com, crotondo@proskauer.com, etorres@proskauer.com, mthompson@proskauer.com |
| Payal Salsburg | psalsburg@proskauer.com, crotondo@proskauer.com, etorres@proskauer.com, kmolloy@proskauer.com |
| Ralph E. Hopkins | ralph.hopkins@usdoj.gov, orldocket.mailbox@usdoj.gov, usaflm.orl_ecf@usdoj.gov |
| William F. Jung | wjung@jungandsisco.com, Backupdocket@yahoo.com, droberts@jungandsisco.com |
| Timothy Ward | timward_1@yahoo.com> |