UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FINANCIAL INDUSTRY ASSOCIATION,
G&G HOLDINGS, INC., RICHARD GOBLE, and
THE GOBLE FIRST REVOCABLE FAMILY
TRUST MAY 13, 1999,
                Plaintiffs,

Case No: 6:10-cv-408-Orl-KRS
(Consolidated Lead Case)

6:11-cv-825-Orl-KRS

v.

THE UNITED STATES OF AMERICA, SECURITIES
AND EXCHANGE COMMISSION, SECURITIES
INVESTOR PROTECTION CORPORATION, BRUCE
BLATMAN, TIMOTHY WARD, HENRY LANGE
FINANCIAL INDUSTRY TECHNICAL SERVICES,
INC., and JOHN RIZZO, JOSEPHINE WANG, and
CHRISTOPHER LAROSA,

                Defendants.
_____/

**AMENDED CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Defendants, FINANCIAL INDUSTRY TECHNICAL SERVICES, INC., ("FITS") RIZZO, and LANGE, and file this Amended Corporate Disclosure, amending Docket 105. I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

The three filing defendants have an interest in the outcome. The owners of FITS are Henry Lange, Kathleen Moore, and Fredrick Hall, each of whom owns more than 10% of the stock.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None

3.     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None

4.     The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None.

    I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

    Respectfully submitted,

    JUNG & SISCO, P.A.

    By:  /s/ William F. Jung
          William F. Jung

    FBN: 380040
    101 E. Kennedy Blvd.
    Suite 3920
    Tampa, FL 33602
    P: (813) 225-1988
    F: (813) 225-1392
    wjung@jungandsisco.com

    HODGSON RUSS LLP

    Cathy Fleming
    1540 Broadway, 24th Floor
    New York, New York 10036
    (212) 751-4300
    cfleming@hodgsonruss.com

## **CERTIFICATE OF SERVICE**

  This is to certify that a true and correct copy of the foregoing was served by electronic submission upon all counsel of record on January 21, 2015.

             /s/ William F. Jung
             William F. Jung

             JUNG & SISCO, P.A.

             By: /s/ William F. Jung
                William F. Jung

             FBN: 380040
             101 E. Kennedy Blvd.
             Suite 3920
             Tampa, FL 33602
             P: (813) 225-1988
             F: (813) 225-1392
             wjung@jungandsisco.com

             HODGSON RUSS LLP

             Cathy Fleming
             1540 Broadway, 24th Floor
             New York, New York 10036
             (212) 751-4300
             cfleming@hodgsonruss.com

             *Attorneys for Defendants Financial Industry Technical Services, Inc., Henry Lange, and John Rizzo*